# Exhibit 1



Alumni

Country websites

Deutsch

search

**EXPERTISE**

**CAREERS**

**COMPANY**

Values

**Management**

Global management

Supervisory Board

Network

Locations

History

Corporate Responsibility

Roland Berger School of Strategy and Economics

**MEDIA**

**PRESS ROOM**

Home  »  Company  »  Management

**COMPANY MANAGEMENT**

Our key value "partnership" is reflected in our company organization: we are an independent partnership wholly owned by our international Partners. A core group of them is elected to head our company.

**Global management**

>>

**Supervisory Board**

>>

Legal    Privacy    Contact    Help    Sitemap    Other websites

WHAT'S **NEW**