# Exhibit 3



Alumni  |  Sitemap

Other websites

NORTH AMERICA

search  [↵]

**NORTH AMERICAN OFFICES**

**COMPANY**

Our company profile

Our formula for success

Our company management

Our corporate responsibility

Locations

Other websites

**EXPERTISE**

**CAREERS**

**NEWS**

**FEATURED**

Home  »  Company  »  Our company profile

## OUR COMPANY PROFILE

Roland Berger Strategy Consultants, founded in 1967, is the only leading global consultancy with German heritage and of European origin. With 2,400 employees working in 36 countries, we have successful operations in all major international markets. Our 49 offices are located in the key global business hubs.

Roland Berger advises major international industry and service companies as well as public institutions. Our services cover the entire range of management consulting from strategic advice to successful implementation: e.g. new leadership and business models; innovative processes and services; M&A, private equity and restructuring; and management support on large infrastructure projects.

Our firm is owned solely by a group of 220 Partners. We share the conviction that the firm's independence provides the basis for unbiased advice to our clients.

**IT'S CHARACTER THAT CREATES IMPACT!** →



All employees at Roland Berger are committed to our three core values

Entrepreneurship – We follow an entrepreneurial approach and provide creative and pragmatic solutions.

Excellence – We achieve excellent results and develop global best practices to ensure measurable and sustainable success.

Empathy – We are insightful and responsible advisors and we contribute to the greater good.

At Roland Berger, we combine sound analyses with creative strategies that generate real and sustainable value for the client. We develop and consolidate our expertise in global Competence Centers that focus on specific industries and functional issues. We handpick interdisciplinary teams from these Competence Centers to develop the best solutions.



Company Brochure 2013
(PDF, 316 KB)

