# Exhibit 4



Alumni    Sitemap    Other websites

**NORTH AMERICA**

search

**NORTH AMERICAN OFFICES**

**COMPANY**

**EXPERTISE**

**CAREERS**

Our People

Career Development

**Recruitment Process**

On-Campus Events

Interview Process

Summer Associate Internships

Apply to Roland Berger North America

Alumni Network

**NEWS**

**FEATURED**

Home  »  Careers  »  Recruitment Process

### RECRUITMENT PROCESS

Roland Berger Strategy Consultants has been a top global strategy firm for over 40 years. Whether you start immediately after finishing your undergraduate program (Junior Consultant) or have recently completed your MBA from a top business school (Senior Consultant), we offer you excellent opportunities to shape your career, including international projects, and transfer opportunities around the world for longer periods of time.

Our current recruitment efforts are focused at select universities, however, we accept applications from both current students and alumni from all schools. Come join us for more information about our company and the opportunities we can offer you.

**On-Campus Events**

Come join us and see what we are talking about...  >>

**Interview Process**

The steps you need to take to become one of us  >>

**Summer Associate Internships**

Only a few months, but years of memories  >>

Legal    Privacy    Contact    Help    North America RSS    Global RSS

Case 1:14-mc-91289-PBS    Document 7-8    Filed 09/26/14    Page 3 of 3



**JOIN**
**Roland Berger**
Strategy Consultants

ABOUT US    CAREER STARTER    PROFESSIONALS    WHAT'S IN IT FOR ME    HOW TO JOIN

You are here: What's in it for me > Going Global

# OFF TO OTHER COUNTRIES

Roland Berger is represented at 46 locations worldwide. For you, these are 46 opportunities to work for a short time or for several years in another country, whether as part of an international project or just because faraway places excite you. To broaden your horizons and strengthen the interaction within the Roland Berger network, we encourage international project tasks and global assignment programs.

Depending on demand and personal interest, you have the opportunity to change your office location within the organization for a certain period. For example, you can swap your desk in Amsterdam or Moscow for a few months or years for an office in Chicago or Sao Paulo. You can assist a client in London or support the development of new markets – perhaps in the Middle East or Southeast Asia.

## JOIN OUR TEAM

Choose preferred job location

Choose preferred job location

▶ Join us

- Choose preferred job location
- Austria
- Bahrain
- Belgium
- Brazil
- Canada
- China
- Croatia
- Czech Republic
- France
- Germany
- Hungary
- India
- Indonesia
- Italy
- Japan
- Latvia
- Lebanon
- Malaysia
- Morocco
- Netherlands
- Nigeria
- Poland
- Portugal
- Qatar
- Romania
- Russia