# Exhibit 6

Based on Roland Berger Strategy Consultants Holding GmbH commercial registry dated August 29, 2014

As of September 24, 2014

| Last | First | Position | Link | RB Supervisory Board |
|------|-------|----------|------|----------------------|
| Altmann | Georg | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_a.html | |
| Amichi | Sébastien | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_a.html | |
| Ammermann | Heiko | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_a.html | |
| Angoulvant | Christophe | Senior Partner | http://www.rolandberger.com/expertise/experts/index_lastname_a.html | |
| Arpaia | Alfredo | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_a.html | |
| Asvazadourian | Fabrice | Partner and Head of Financial Services | http://www.rolandberger.com/expertise/experts/index_lastname_a.html | |
| Aulbur | Wilfried | Managing Partner India | http://www.rolandberger.com/expertise/experts/index_lastname_a.html | |
| Badowski | Krzyszlof | Partner | http://www.rolandberger.com/media/pdf/Roland_Berger_CEE_road_to_recovery_20091029.pdf | |
| Barrué | Jérôme | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Bauer | Andreas | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Beckeman | Jan | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Beil | Philip | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Belderok | Alexander | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Benarousse | Laurent | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Berger | Roland | Honorary Chairman | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Bernardo | Antonio | Partner, Member of the GEC | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Bernhart | Wolfgang | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Berret | Marcus | Partner and Deputy Chairman of the Supervisory Board | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | X |
| Biecheler | Patrick | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Bioulac | Anne | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Bizenberger | Rainer | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Blanchet | Max | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Bloching | Björn | Partner and Head of Marketing & Sales, Consumer Goods and Retail | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Bonnaud | Emmanuel | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Bottke | Tim | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Boueé | Charles-Edouard | Chief Executive Officer | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Bréchemier | Didier | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Breuer | Per | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Brunke | Bernd | Partner, Head of Financial Services | http://www.rolandberger.com/expertise/experts/index_lastname_b.html | |
| Cailliau | Sébastien | Partner | http://www.rolandberger.de/media/pdf/Roland_Berger_Our_approach_to_IPE_E_20130904.pdf | |
| Chassat | Philippe | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_c.html | |
| Checker | Neil | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_c.html | |
| Collot d'Escury | Tijo | Partner, Deputy CEO | http://www.rolandberger.com/expertise/experts/index_lastname_c.html | |
| Colmant | Bruno | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_c.html | |
| Confais | Eric | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_c.html | |
| Crapelli | Roberto | Partner and Managing Director | http://www.rolandberger.com/expertise/experts/index_lastname_c.html | |

| | | | | |
|---|---|---|---|---|
| Crux | Albrecht | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_c.html | |
| de Jonge | Mark | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_j.html | |
| de Panafieu | Olivier | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_p.html | |
| de Thieuilloy | Georges | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_d.html | |
| Demarchi | Edoardo | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_d.html | |
| Demmer | Friedrich | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_d.html | |
| Depoux | Denis | Partner and Member of the Supervisory Board | http://www.rolandberger.com/expertise/experts/index_lastname_d.html | X |
| Dietze | Andreas | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_d.html | |
| Dohrmann | Michael | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_d.html | |
| Dressler | Norbert | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_d.html | |
| Dujacquier | Damien | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_d.html | |
| Dümler | Holger | Partner | http://www.consultant-news.com/article_display.aspx?id=7104 | |
| Dusollier | Laurent | Senior Partner | http://www.rolandberger.com/expertise/experts/index_lastname_d.html | |
| Eisenhut | Martin | Partner, Head of EPHT, Member of the Supervisory Board | http://www.rolandberger.com/expertise/experts/index_lastname_e.html | X |
| Endo | Isao | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_e.html | |
| Entraygues | Banjamin | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_e.html | |
| Erharter | Martin | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_e.html | |
| Falb | Roland | Managing Partner | http://www.rolandberger.com/expertise/experts/index_lastname_f.html | |
| Falckenberg | Max | Partner, Co-Head Global Corporate Performance Practice | http://www.rolandberger.com/media/pdf/Roland_Berger_International_Restructuring_Study_20131016.pdf | |
| Farinha | Antonio | Partner | http://www.rolandberger.com/press_releases/511-press_archive2011_sc_content/Roland_Berger_appoints_new_international_Partners.html | |
| Ferreri | Jean-Charles | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_f.html | |
| Fischer | Christian | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_f.html | |
| Forberich | Eckehard | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_f.html | |
| Frey | Marc | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_f.html | |
| Frey | Mariano | Partner and President of the Italian Offices | http://www.rolandberger.com/expertise/experts/index_lastname_f.html | |
| Galhardas | Pedro | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_g.html | |
| Gardy | Alexis | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_g.html | |
| Gautier | Dominique | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_g.html | |
| Gay Belan | Cyril | Partner | http://www.rolandberger.com/press_releases/512-press_archive2012_sc_content/22_new_international_Partners.html | |
| Geginat | Joost | Partner | http://www.rolandberger.de/media/pdf/Roland_Berger_Automotive_Insights_02_E_20121220.pdf | |
| Geuss | Ulrich | Partner | http://www.rolandberger.com/press_releases/511-press_archive2011_sc_content/New_Partner_Ulrich_Geuss_in_Financial_Services_CC.html | |
| Gleisberg | Jochen | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_g.html | |
| Gourmelon | Yannig | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_g.html | |
| Grachev | Nikolay | Partner | http://www.rolandberger.com/press_releases/511-press_archive2011_sc_content/Appointment_of_new_international_Partners.html | |
| Grosse Kleimann | Philippe | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_g.html | |
| Grueter | Marc | Partner | http://www.rolandberger.com/expertise/industries/financial_services/risk/2014-02-18-rbsc-pub-Navigating_risk.html | |
| Hach | Wolfgang | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_h.html | |
| Hader | Manfred | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_h.html | |

| Haghani | Sascha | Partner, Deputy CEO Germany | http://www.rolandberger.com/expertise/experts/index_lastname_h.html | |
|---|---|---|---|---|
| Hanke | Matthias | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_h.html | |
| Hauptmann | Maren | Partner | http://www.rolandberger.de/media/pdf/Roland_Berger_HR_in_China_201 20329.pdf | |
| Heideloff | Frank | Partner | http://www.rolandberger.com/press_releases/510-press_archive2010_sc_content/RBSC_Appointment_of_new_international_Partners.html | |
| Henske | Robert | Managing Partner | http://www.rolandberger.com/expertise/experts/index_lastname_h.html | |
| Henzelmann | Torsten | Partner and Head of Civil Economics, Energy and Infrastructure | http://www.rolandberger.com/expertise/experts/index_lastname_h.html | |
| Hertel | Guido | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_h.html | |
| Hirai | Takashi | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_h.html | |
| Hoffmann | Marcus | Partner | http://www.rolandberger.com/media/publications/2014-03-13-rbsc-pub-Fleet_business_in_BRIC_and_emerging_markets.html | |
| Hosseini | Morris | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_h.html | |
| Huth | Christof | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_h.html | |
| Jacob | Michel | Partner, Member of the GEC | http://www.rolandberger.com/expertise/experts/index_lastname_j.html | |
| Jemili | Houssem | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_j.html | |
| Ji | Dereck | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_j.html | |
| Joshi | Chandan | Partner | http://www.rolandberger.com/press_releases/511-press_archive2011_sc_content/Roland_Berger_appoints_new_international_Partners.html | |
| Jowett | Paul | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_j.html | |
| Juchem | Klaus | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_j.html | |
| Kalmbach | Ralf | Partner | http://www.rolandberger.de/media/pdf/Roland_Berger_Automotive_Insights_02_20130702.pdf | |
| Kamp | Timo | Partner | http://www.consultancy.uk/news/48/seven-roland-berger-restructuring-experts-off-to-mckinsey-co | |
| Keese | Stephan | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_k.html | |
| Keller | Alexander | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_k.html | |
| Kikuchi | Yasutoshi | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_k.html | |
| Kim | Zun-Gon | Partner | http://www.rolandberger.com/expertise/industries/healthcare/Hospital_spending_on_health_is_rising.html | |
| Kito | Takayuki | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_k.html | |
| Klotz | Thomas | Managing Partner | http://www.rolandberger.com/expertise/experts/index_lastname_k.html | |
| Knapp | Oliver | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_k.html | |
| Knecht | Thomas | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_k.html | |
| Kopp | Hans-Joachim | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_k.html | |
| Korzeniowski | Maciej | Partner | http://www.rolandberger.com/press_releases/511-press_archive2011_sc_content/Roland_Berger_appoints_new_international_Partners.html | |
| Kuhlwein von Rathenow | Nils | Partner | http://www.consultancy.uk/news/48/seven-roland-berger-restructuring-experts-off-to-mckinsey-co | |
| Kumm | Uwe | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_k.html | |
| Kwasniok | Thomas | Partner | http://www.rolandberger.com/press_releases/513-press_archive2013_sc_content/2013-12-27_ipm_december.html | |
| Lässig | Ralph | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_l.html | |
| Lateur | Frank | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_l.html | |
| Le Couédic | Alain | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_l.html | |
| Lesch | Alexander | Partner | http://www.rolandberger.com/press_releases/512-press_archive2012_sc_content/22_new_international_Partners.html | |
| Leutiger | Philipp | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_l.html | |
| Lhoste | Serge | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_l.html | |

| | | | | |
|---|---|---|---|---|
| Limousin | Safia | Partner | http://www.rolandberger.com/press_releases/512-press_archive2012_sc_content/22_new_international_Partners.html | |
| Liu | Bruce | Partner | http://www.rolandberger.com/press_releases/512-press_archive2012_sc_content/22_new_international_Partners.html | |
| Liu | Watson | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_l.html | |
| Lopes da Silva | Gustavo | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_l.html | |
| Luck | Lars | Partner | http://www.rolandberger.com/media/news/2014-01-27-rbsc-news-Big_data_wins_over_Chinese_readers.html | |
| Mannsperger | Patrick | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_m.html | |
| Marinoni | Andrea | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_m.html | |
| Massardi | Paolo | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_m.html | |
| Maul | Bjorn | Partner | http://www.rolandberger.de/medien/news/2011-05-12-rbsc-news-Airlines_between_decline_and_horizons.html | |
| Mogg | Alexander | Partner | http://www.rolandberger.de/media/pdf/Roland_Berger_taC_Casual_Gaming_20120928.pdf | |
| Morath | Beatrix | Partner | http://www.rolandberger.com/company/corporate_responsibility/cr_news/2011-03-17-rbsc-news-Powerful_network_better_world.html | |
| Mori | Ken | Partner, Member of the GEC | http://www.rolandberger.com/expertise/experts/index_lastname_m.html | |
| Müller | Klaus Peter | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_m.html | |
| Nack | Thomas | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_n.html | |
| Nagashima | Satoshi | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_n.html | |
| Nakano | Daisuke | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_n.html | |
| Nilsson | Per Ingemar | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_n.html | |
| Nilsson | Per Martin | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_n.html | |
| Nyctelius | Hans | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_n.html | |
| Oltmanns | Torsten | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_o.html | |
| Ono | Ryuji | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_o.html | |
| Pascu | Codrut | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_p.html | |
| Pereira da Costa | Jorge | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_p.html | |
| Pérez Bueno | Juan Carlos | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_p.html | |
| Peterson | Robert | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_p.html | |
| Petry | Rupert | Managing Partner | http://www.rolandberger.com/expertise/experts/index_lastname_p.html | |
| Pfeiffer | Walter | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_p.html | |
| Plate | Tobias | Managing Partner and Regional Head | http://www.rolandberger.com/expertise/experts/index_lastname_p.html | |
| Plouvier | Philippe | Partner | http://www.rolandberger.com/press_releases/European_aerospace_defence_industry_must_innovate.html | |
| Potier | Stéphane | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_p.html | |
| Preveden | Vladimir | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_p.html | |
| Qi | Wu | Partner, Member of the GEC | http://www.rolandberger.com/expertise/experts/index_lastname_q.html | |
| Räuscher | Oliver | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_r.html | |
| Reboul | Pierre | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_r.html | |
| Reers | Jürgen | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_r.html | |
| Rein | Jérôme | Partner | http://www.rolandberger.com/press_releases/512-press_archive2012_sc_content/22_new_international_Partners.html | |
| Rekik | Ali | Partner | http://www.rolandberger.de/media/pdf/Roland_Berger_Our_approach_to_IPE_E_20130904.pdf | |
| Ren | George Guoqiang | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_r.html | |
| Rinn | Thomas | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_r.html | |
| Rossbach | Carsten | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_r.html | |

| | | | | |
|---|---|---|---|---|
| Rückriegel | Matthias | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_r.html | |
| Sarathy Parthasarathy | Vijay | Partner | http://www.rolandberger.de/media/pdf/Roland_Berger_TAN_Portfolio_management_in_chemical_industry_20140415.pdf | |
| Schaible | Stefan | Partner, Deputy CEO | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Schlick | Thomas | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Schmidt | Regina | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Schneider | Felicitas | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Schober | Kai-Stefan | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Schönberg | Tobias | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Schwenker | Burkhard | Chairman of the Supervisory Board | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | X |
| Schwilling | Andreas | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Seyger | René | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Shah | Kushal | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Sharma | Chethan | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Shen | John Jun | Partner | http://www.rolandberger.com/press_releases/510-press_archive2010_sc_content/RBSC_Appointment_of_new_international_Partners.html | |
| Siepen | Sven | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Sievers | Gerd | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Steffen | Frank | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Streichfuss | Martin | Partner and Head of Transportation | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | |
| Teisseyre | Nicolas | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_t.html | |
| Thiele | Jürgen | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_t.html | |
| Thomson | Robert | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_t.html | |
| Toepfer | Olaf | Partner | http://www.rolandberger.de/media/pdf/Roland_Berger_taC_WealthManagement_final_E_20110309.pdf | |
| Tondreau | Grégorie | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_t.html | |
| Tonko | Martin | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_t.html | |
| Tshidimba | Didier | Partner, Member of the GEC | http://www.rolandberger.com/expertise/experts/index_lastname_t.html | |
| van der Does | David | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_d.html | |
| van der Slot | Arnoud | Partner and Member of the Supervisory Board | http://www.rolandberger.com/expertise/experts/index_lastname_s.html | X |
| van Dongen | Benno | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_d.html | |
| Vernau | Katrin | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_v.html | |
| Versluis | Anthonie | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_v.html | |
| Vlasselaer | Michel | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_v.html | |
| Wang | Rong | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_w.html | |
| Wang | Xin | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_w.html | |
| Weber | Marcus | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_w.html | |
| Weidemeyer | Falco | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_w.html | |
| Wendt | Thomas | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_w.html | |
| Wette | Michael | Senior Partner | http://www.rolandberger.com/expertise/experts/index_lastname_w.html | |
| Wietheger | Ina | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_w.html | |
| Winterhoff | Marc | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_w.html | |

| Wojahn | Stefan | Partner | http://www.rolandberger.de/media/pdf/Roland_Berger_TAC_ORM_Versic herungen_0402_E_final_20121004.pdf | |
| Yamabe | Kaisuke | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_y.html | |
| Ye | Jun David | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_y.html | |
| Yoneda | Hisaji | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_y.html | |
| Zaitsev | Dmitri | Managing Partner Russia and CIS | http://www.rolandberger.com/expertise/experts/index_lastname_z.html | |
| Zimmerman | Tim | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_z.html | |
| Zrikem | Younès | Partner | http://www.rolandberger.com/expertise/experts/index_lastname_z.html | |