Exhibit 7

Roland Berger Strategy Consultants Holding GmbH
Mies-van-der-Rohe-Str. 6, 80807 München

HRB 161531

## Liste der Gesellschafter der Roland Berger Strategy Consultants Holding GmbH
Stand: 29.08.2014

| Name | Wohnort | Geburts-datum | Nennbetrag des Geschäftsanteils € | Lfd. Nummer des Geschäftsanteils |
|---|---|---|---|---|
| Altmann, Dr. Dr. Georg | Frankfurt | 24.07.1971 | 1.400 | 212 |
| Amichi, Sébastien | Clamart, Frankreich | 27.04.1974 | 1.400 | 201 |
| Ammermann, Heiko | Frankfurt | 30.04.1975 | 250 | 167 |
| Ammermann, Heiko | Frankfurt | 30.04.1975 | 100 | 202d |
| Ammermann, Heiko | Frankfurt | 30.04.1975 | 1.050 | 88a |
| Ammermann, Heiko | Frankfurt | 30.04.1975 | 2.100 | 241 |
| Angoulvant, Christophe | Meudon, Frankreich | 02.01.1959 | 3.500 | 5 |
| Arpaia, Alfredo | Mailand, Italien | 09.06.1970 | 1.400 | 240d |
| Arpaia, Alfredo | Mailand, Italien | 09.06.1970 | 2.100 | 319 |
| Asvazadourian, Fabrice | Paris, Frankreich | 05.07.1966 | 3.500 | 119 |
| Aulbur, Dr. Wilfried | Mumbai, Indien | 28.08.1965 | 3.500 | 279 |
| Badowski, Krzysztof | Warschau, Polen | 11.02.1973 | 1.400 | 223 |
| Barrué, Jérôme | Paris, Frankreich | 02.04.1972 | 1.400 | 332 |
| Bauer, Andreas | München | 30.06.1963 | 3.500 | 8 |
| Bauer, Andreas | München | 30.06.1963 | 3.500 | 222 |
| Beckeman, Jan | Lidingö, Schweden | 22.10.1970 | 3.500 | 262 |
| Boll, Philip | München | 07.05.1974 | 1.400 | 333 |
| Belderok, Alexander | Leersum, Niederlande | 25.10.1969 | 1.400 | 224 |
| Belderok, Alexander | Leersum, Niederlande | 25.10.1969 | 2.100 | 33 |
| Benarousse, Laurent | Casablanca, Marokko | 15.02.1974 | 1.400 | 274 |
| Berger, Prof. Dr. h.c. Roland | München | 22.11.1937 | 17.500 | 10 |
| Bernardo, António | Lissabon, Portugal | 29.09.1959 | 7.000 | 11 |
| Bernhart, Wolfgang | Mutterstadt | 01.06.1962 | 3.500 | 12 |
| Berret, Marcus | Stuttgart | 27.07.1971 | 1.400 | 13 |
| Berret, Marcus | Stuttgart | 27.07.1971 | 2.100 | 14 |
| Biecheler, Patrick | Paris, Frankreich | 08.05.1973 | 1.400 | 240b |
| Bloulac, Anne | Paris, Frankreich | 18.01.1973 | 1.400 | 54 |
| Bizenberger, Dr. Rainer | Berlin | 28.11.1974 | 1.400 | 346 |
| Blanchet, Max | Villennes sur Seine, Frankreich | 19.06.1967 | 1.400 | 15 |
| Blanchet, Max | Villennes sur Seine, Frankreich | 19.06.1967 | 2.100 | 16 |
| Bloching, Prof. Dr. Björn | Hamburg | 05.12.1967 | 3.500 | 18 |
| Bloching, Prof. Dr. Björn | Hamburg | 05.12.1967 | 3.500 | 318 |
| Bonnaud, Emmanuel | Boulogne, Frankreich | 09.10.1968 | 1.400 | 225 |
| Bonnaud, Emmanuel | Boulogne, Frankreich | 09.10.1968 | 2.100 | 304 |
| Boltke, Tim | München | 31.10.1975 | 1.400 | 256 |
| Bouée, Charles-Edouard | Paris, Frankreich | 17.05.1969 | 3.500 | 20 |
| Bouée, Charles-Edouard | Paris, Frankreich | 17.05.1969 | 3.500 | 21 |
| Bréchemier, Didier | Paris, Frankreich | 28.09.1969 | 700 | 70c |
| Bréchemier, Didier | Paris, Frankreich | 28.09.1969 | 700 | 70d |

1

Roland Berger Strategy Consultants Holding GmbH
Mies-van-der-Rohe-Str. 6, 80807 München

HRB 161531

| Name | Wohnort | Geburts-datum | Nennbetrag des Geschäftsanteils € | Lfd. Nummer des Geschäftsanteils |
|---|---|---|---|---|
| Breuer, Per | Nürnberg | 04.07.1975 | 1.400 | 23 |
| Brunke, Bernd | Berlin | 24.10.1970 | 2.850 | 25a |
| Brunke, Bernd | Berlin | 24.10.1970 | 3.500 | 26 |
| Brunke, Bernd | Berlin | 24.10.1970 | 650 | 202a |
| Cailliau, Sébastien | Uccle, Belgien | 06.07.1973 | 1.400 | 200a |
| Chassat, Philippe | Singapur | 09.07.1970 | 1.400 | 28 |
| Checker, Dr. Mohit Neil | Teddington, England | 19.02.1955 | 1.400 | 46 |
| Collot d'Escury, Tijo | Baarn, Niederlande | 01.10.1966 | 3.500 | 29 |
| Collot d'Escury, Tijo | Baarn, Niederlande | 01.10.1966 | 3.500 | 270 |
| Colmant, Bruno | Theux, Belgien | 24.07.1961 | 1.400 | 300 |
| Confais, Eric | Paris, Frankreich | 30.05.1969 | 1.400 | 73 |
| Crapelli, Roberto | Segrate, Italien | 07.09.1951 | 3.500 | 30 |
| Crux, Albrecht | Gräfelfing | 12.02.1953 | 3.500 | 31 |
| de Jonge, Mark | Amsterdam, Niederlande | 28.01.1975 | 1.400 | 160 |
| Demarchi, Edoardo | Carimate, Italien | 06.07.1964 | 1.400 | 124 |
| Demmer, Friedrich | Haar | 02.07.1967 | 1.400 | 282 |
| de Panafieu, Olivier | Neuilly-sur-Seine, Frankreich | 14.02.1970 | 1.400 | 34 |
| de Panafieu, Olivier | Neuilly-sur-Seine, Frankreich | 14.02.1970 | 2.100 | 242 |
| Depoux, Denis | Paris, Frankreich | 17.10.1970 | 1.400 | 35 |
| Depoux, Denis | Paris, Frankreich | 17.10.1970 | 2.100 | 216 |
| de Thieulloy, Georges | Boulogne Billancourt, Frankreich | 30.04.1971 | 1.400 | 335 |
| Dietze, Dr. Andreas | Erkrath | 22.11.1972 | 1.400 | 226 |
| Dohrmann, Michael | München | 22.06.1969 | 1.400 | 259 |
| Dressler, Norbert | Marbach | 19.10.1971 | 1.400 | 96 |
| Dressler, Norbert | Marbach | 19.10.1971 | 2.100 | 329 |
| Dümler, Dr. Holger | Frankfurt | 10.08.1974 | 1.400 | 229 |
| Dümler, Dr. Holger | Frankfurt | 10.08.1974 | 2.100 | 240a |
| Dujacquier, Damien | Singapur | 04.02.1974 | 1.400 | 227 |
| Dusollier, Laurent | Paris, Frankreich | 06.07.1969 | 1.400 | 41 |
| Dusollier, Laurent | Paris, Frankreich | 06.07.1969 | 2.100 | 81 |
| Eisenhut, Dr. Martin | Grünwald | 02.07.1963 | 3.500 | 239 |
| Eisenhut, Dr. Martin | Grünwald | 02.07.1963 | 3.500 | 290 |
| Endo, Isao | Kanagawa, Japan | 06.05.1956 | 1.750 | 42 |
| Entraygues, Benjamin | Paris, Frankreich | 23.12.1975 | 1.400 | 292 |
| Erharter, Martin | Walchsee, Österreich | 10.05.1963 | 7.000 | 253 |
| Falb, Dr. Roland | Oberwaltersdorf, Österreich | 11.06.1958 | 3.500 | 43 |
| Falckenberg, Max | Düsseldorf | 02.06.1969 | 1.600 | 38 |
| Falckenberg, Max | Düsseldorf | 02.06.1969 | 400 | 39 |
| Falckenberg, Max | Düsseldorf | 02.06.1969 | 100 | 40 |
| Falckenberg, Max | Düsseldorf | 02.06.1969 | 1.400 | 52 |

2

Roland Berger Strategy Consultants Holding GmbH
Mies-van-der-Rohe-Str. 6, 80807 München

HRB 161531

| | Name | Wohnort | Geburts- datum | Nennbetrag des Geschäftsanteils € | Lfd. Nummer des Geschäftsanteils |
|---|---|---|---|---|---|
| 55 | Falckenberg, Max | Düsseldorf | 02.06.1969 | 3.500 | 297 |
| 56 | Farinha, Antonio | Sao Paulo, Brasilien | 20.04.1973 | 1.400 | 204 |
| 56 | Farinha, Antonio | Sao Paulo, Brasilien | 20.04.1973 | 1.400 | 317 |
| 56 | Farinha, Antonio | Sao Paulo, Brasilien | 20.04.1973 | 700 | 200b |
| 57 | Ferreri, Jean-Charles | Marly Le Roi, Frankreich | 26.04.1971 | 1.400 | 205 |
| 58 | Fischer, Dr. Christian | Stuttgart | 16.06.1968 | 3.500 | 251 |
| 59 | Forberich, Eckehard | Oberursel | 24.06.1966 | 1.400 | 135 |
| 60 | Frey, Marc | Levallois-Perret, Frankreich | 02.07.1966 | 1.400 | 78 |
| 61 | Frey, Dr. Mariano | Mailand, Italien | 01.02.1941 | 7.350 | 49 |
| 62 | Galhardas, Pedro | Lissabon, Portugal | 16.01.1971 | 1.400 | 257 |
| 63 | Gardy, Alexis | Paris, Frankreich | 17.09.1977 | 1.400 | 313 |
| 64 | Gautier, Dominique | Paris, Frankreich | 28.10.1965 | 1.400 | 50 |
| 64 | Gautier, Dominique | Paris, Frankreich | 28.10.1965 | 2.100 | 285 |
| 65 | Gay Belan, Cyril | Paris, Frankreich | 17.03.1971 | 700 | 200c |
| 65 | Gay Belan, Cyril | Paris, Frankreich | 17.03.1971 | 700 | 200d |
| 66 | Geginat, Joost | Erlenbach, Schweiz | 23.11.1966 | 3.500 | 51 |
| 66 | Geginat, Joost | Erlenbach, Schweiz | 23.11.1966 | 3.500 | 273 |
| 67 | Geuss, Ulrich | Bonn | 08.11.1966 | 1.400 | 311 |
| 68 | Gleisberg, Jochen | Stuttgart | 09.07.1970 | 1.400 | 63 |
| 68 | Gleisberg, Jochen | Stuttgart | 09.07.1970 | 2.100 | 115 |
| 69 | Gourmelon, Yannig | Shanghai, V.R. China | 25.11.1973 | 1.400 | 334 |
| 70 | Grachev, Nikolay | Sankt Petersburg, Russland | 09.11.1975 | 1.400 | 343 |
| 71 | Grosse Kleimann, Philipp | München | 07.07.1970 | 1.400 | 284 |
| 72 | Grueter, Dr. Marc D | Altendorf, Schweiz | 18.04.1975 | 1.400 | 260 |
| 73 | Hach, Wolfgang | München | 05.04.1972 | 1.400 | 138 |
| 73 | Hach, Wolfgang | München | 05.04.1972 | 2.100 | 287 |
| 74 | Hader, Manfred | Ahrensburg | 28.01.1965 | 1.400 | 55 |
| 74 | Hader, Manfred | Ahrensburg | 28.01.1965 | 2.100 | 330 |
| 75 | Haghani, Dr. Sascha | Frankfurt | 18.08.1967 | 2.650 | 56a |
| 75 | Haghani, Dr Sascha | Frankfurt | 18.08.1967 | 650 | 202c |
| 75 | Haghani, Dr. Sascha | Frankfurt | 18.08.1967 | 350 | 56b |
| 75 | Haghani, Dr. Sascha | Frankfurt | 18.08.1967 | 700 | 184a |
| 75 | Haghani, Dr. Sascha | Frankfurt | 18.08.1967 | 2.450 | 192 |
| 76 | Hanke, Matthias | Binningen, Schweiz | 10.07.1965 | 1.400 | 57 |
| 76 | Hanke, Matthias | Binningen, Schweiz | 10.07.1965 | 2.100 | 272 |
| 77 | Hauptmann, Maren | München | 25.02.1973 | 1.300 | 142 |
| 77 | Hauptmann, Maren | München | 25.02.1973 | 100 | 143 |
| 78 | Heldeloff, Dr. Frank | Hamburg | 06.12.1968 | 1.400 | 164b |
| 78 | Heldeloff, Dr. Frank | Hamburg | 06.12.1968 | 2.100 | 286 |
| 79 | Henske, Robert | Cambridge, USA | 11.10.1959 | 3.500 | 3 |

3

Roland Berger Strategy Consultants Holding GmbH
Mies-van-der-Rohe-Str. 8, 80807 München

HRB 161531

| | Name | Wohnort | Geburts-datum | Nennbetrag des Geschäftsantelle € | Lfd. Nummer des Geschäftsantelle |
|---|---|---|---|---|---|
| 80 | Henzelmann, Dr. Torsten | Pirmasens | 05.04.1968 | 1.400 | 61 |
| 80 | Henzelmann, Dr. Torsten | Pirmasens | 05.04.1968 | 2.100 | 62 |
| 81 | Hertel, Dr. Guido | Baldham | 10.05.1987 | 1.400 | 76 |
| 82 | Hirai, Takashi | Kanagawa, Japan | 24.02.1966 | 1.400 | 66 |
| 82 | Hirai, Takashi | Kanagawa, Japan | 24.02.1965 | 2.100 | 48 |
| 83 | Hoffmann, Dr Marcus | Gräfelfing | 05.08.1970 | 1.400 | 322 |
| 84 | Hosseini, Morris | Berlin | 31.12.1968 | 1.400 | 323 |
| 85 | Huth, Christof | Gronsdorf | 06.05.1966 | 1.400 | 263 |
| 85 | Huth, Christof | Gronsdorf | 06.05.1966 | 1.400 | 266 |
| 85 | Huth, Christof | Gronsdorf | 06.05.1966 | 350 | 321c |
| 85 | Huth, Christof | Gronsdorf | 06.05.1966 | 350 | 321d |
| 86 | Jacob, Michel | Paris, Frankreich | 28.01.1964 | 3.500 | 68 |
| 86 | Jacob, Michel | Paris, Frankreich | 28.01.1964 | 3.500 | 69 |
| 87 | Jemili, Dr. Houssem | Dubai, Vereinigte Arabische Emirate | 28.07.1977 | 1.400 | 344 |
| 88 | Ji, Dejiang Darack | Peking, V.R. China | 17.08.1966 | 1.400 | 206 |
| 89 | Joshi, Chandan | Singapur | 13.02.1972 | 1.400 | 291 |
| 90 | Jowett, Dr. Paul | Grünwald | 12.05.1959 | 3.500 | 280 |
| 91 | Juchem, Klaus | Düsseldorf | 06.03.1972 | 1.400 | 275 |
| 92 | Kalmbach, Ralf | Chieming | 15.04.1961 | 3.500 | 72 |
| 92 | Kalmbach, Ralf | Chieming | 15.04.1961 | 3.500 | 249 |
| 93 | Kamp, Timo | Berlin | 17.05.1973 | 1.400 | 19 |
| 94 | Keese, Stephan | Sao Paulo, Brasilien | 12.12.1974 | 1.400 | 108 |
| 95 | Keller, Alexander Dr | Frankfurt | 24.08.1984 | 1.400 | 75 |
| 95 | Keller, Alexander Dr. | Frankfurt | 24.08.1964 | 2.100 | 243 |
| 96 | Kikuchi, Yasutoshi | Tokio, Japan | 26.05.1967 | 1.400 | 325 |
| 97 | Kim, Dr. Zun-Gon | München | 11.01.1974 | 1.400 | 312 |
| 98 | Kilo, Takayuki | Tokio, Japan | 26.11.1974 | 1.400 | 207 |
| 99 | Klotz, Thomas | Singapur | 28.07.1957 | 1.400 | 64 |
| 99 | Klotz, Thomas | Singapur | 28.07.1957 | 2.100 | 65 |
| 100 | Knapp, Oliver | Esslingen | 25.09.1972 | 1.400 | 293 |
| 101 | Knecht, Dr. Thomas | Feldkirchen | 20.10.1973 | 1.400 | 230 |
| 101 | Knecht, Dr. Thomas | Feldkirchen | 20.10.1973 | 2.100 | 288 |
| 102 | Kopp, Dr. Hans-Joachim | Aachen | 21.12.1966 | 3.500 | 252 |
| 103 | Korzeniowski, Maciej | Warschau, Polen | 23.12.1971 | 1.400 | 234 |
| 104 | Kuhlwein von Rathenow, Nils | Düsseldorf | 12.11.1968 | 3.500 | 80 |
| 104 | Kuhlwein von Rathenow, Nils | Düsseldorf | 12.11.1968 | 3.500 | 248 |
| 105 | Kumm, Dr. Uwe | Berlin | 30.12.1958 | 1.400 | 82 |
| 105 | Kumm, Dr. Uwe | Berlin | 30.12.1958 | 2.100 | 83 |
| 105 | Kumm, Dr. Uwe | Berlin | 30.12.1958 | 3.500 | 250 |
| 106 | Kwasniok, Thomas, Dr. | Raeren, Belgien | 01.10.1965 | 1.400 | 65 |

Roland Berger Strategy Consultants Holding GmbH
Mies-van-der-Rohe-Str. 6, 80807 München

HRB 161531

| Name | Wohnort | Geburts-datum | Nennbetrag des Geschäftsanteils € | Lfd. Nummer des Geschäftsanteils |
|---|---|---|---|---|
| Lässig, Dr. Ralph | München | 26.07.1968 | 1.400 | 47 |
| Lateur, Frank | Tervuren, Belgien | 22.11.1969 | 1.400 | 6 |
| Le Couédic, Alain | Hong Kong | 22.12.1970 | 1.400 | 27 |
| Lesch, Alexander | Köln | 12.08.1988 | 1.400 | 310 |
| Leutiger, Philipp | München | 17.08.1976 | 1.400 | 77 |
| Lhoste, Serge | Paris, Frankreich | 27.08.1974 | 1.400 | 314 |
| Limousin, Safie | Mantes la Jolie, Frankreich | 09.09.1972 | 1.400 | 324 |
| Liu, Wenbo Watson | Peking, V.R. China | 10.00.1968 | 1.400 | 232 |
| Liu, Wenbo Watson | Peking, V.R. China | 10.08.1968 | 2.100 | 269 |
| Liu, Yugang Bruce | Shanghai, V.R. China | 11.03.1971 | 1.400 | 336 |
| Lopes da Silva, Gustavo Adolfo de Melo Magalhaes | Linda a velha, Portugal | 05.04.1970 | 1.400 | 254 |
| Luck, Lars | München | 27.03.1973 | 1.400 | 199b |
| Mannsperger, Patrick | Stuttgart | 14.11.1971 | 1.400 | 208 |
| Marinoni, Andrea | Mailand, Italien | 27.09.1971 | 1.400 | 211 |
| Massardi, Paolo | Rezzato, Italien | 02.09.1971 | 1.400 | 276 |
| Maul, Björn W. | Zürich, Schweiz | 21.08.1966 | 1.400 | 209 |
| Mogg, Alexander | Grünwald | 19.01.1968 | 1.400 | 92 |
| Mogg, Alexander | Grünwald | 19.01.1968 | 2.100 | 118 |
| Morath, Beatrix | Herrliberg, Schweiz | 02.05.1968 | 1.400 | 95 |
| Morath, Beatrix | Herrliberg, Schweiz | 02.05.1988 | 2.100 | 96 |
| Mori, Ken | Tokio, Japan | 01.10.1959 | 3.500 | 97 |
| Müller, Klaus Peter | Düsseldorf | 26.02.1969 | 1.400 | 210 |
| Nack, Thomas | München | 25.03.1980 | 1.400 | 99 |
| Nack, Thomas | München | 25.03.1980 | 2.100 | 199a |
| Nagashima, Satoshi | Yokohama, Japan | 25.11.1968 | 1.400 | 100 |
| Nagashima, Satoshi | Yokohama, Japan | 25.11.1968 | 2.100 | 320 |
| Nakano, Daisuke | Tokio, Japan | 29.09.1976 | 1.400 | 217 |
| Nilsson, Per I. | Kullavik, Schweden | 27.03.1957 | 3.500 | 263 |
| Nilsson, Per M. | Hovås, Schweden | 22.02.1961 | 3.500 | 264 |
| Nyctelius, Hans | Stockholm, Schweden | 29.01.1963 | 1.400 | 337 |
| Ollmanns, Torsten | Bonn | 06.10.1964 | 1.400 | 236 |
| Ono, Ryuji | Tokio, Japan | 03.03.1963 | 1.400 | 104 |
| Pascu, Codrut | Bukarest, Rumänien | 15.08.1975 | 1.400 | 105 |
| Pascu, Codrut | Bukarest, Rumänien | 15.08.1975 | 2.100 | 271 |
| Pereira da Costa, Jorge | Lissabon, Portugal | 25.02.1980 | 1.400 | 258 |
| Pérez Bueno, Juan Carlos | Madrid, Spanien | 12.11.1971 | 1.400 | 338 |
| Peterson, Robert D. | Plano, Texas, USA | 21.11.1953 | 1.400 | 345 |
| Petry, Rupert | Wien, Österreich | 23.11.1973 | 1.400 | 106 |
| Petry, Rupert | Wien, Österreich | 23.11.1973 | 2.100 | 289 |
| Pfeiffer, Walter | Wiesbaden | 01.07.1962 | 1.400 | 107 |

Roland Berger Strategy Consultants Holding GmbH
Mies-van-der-Rohe-Str. 6, 80807 München

HRB 161531

| Name | Wohnort | Geburts- datum | Nennbetrag des Geschäftsanteils € | Lfd. Nummer des Geschäftsanteils |
|---|---|---|---|---|
| Plate, Tobias<br>Al Jasrah, Bahrain | | 27.03.1972 | 1.400 | 255 |
| Plate, Tobias<br>Al Jasrah, Bahrain | | 27.03.1972 | 1.400 | 70a |
| Plate, Tobias<br>Al Jasrah, Bahrain | | 27.03.1972 | 700 | 70b |
| Plouvier, Philippe<br>Blèvres, Frankreich | | 15.10.1966 | 1.400 | 109 |
| Plouvier, Philippe<br>Blèvres, Frankreich | | 15.10.1966 | 2.100 | 219 |
| Potier, Stéphane<br>Boulogne, Frankreich | | 09.01.1966 | 1.400 | 110 |
| Preveden, Vladimir<br>Wien, Österreich | | 03.05.1971 | 1.400 | 111 |
| Räuscher, Oliver<br>Berlin | | 11.04.1983 | 1.400 | 315 |
| Reboul, Pierre<br>Paris, Frankreich | | 19.07.1967 | 1.400 | 112 |
| Reboul, Pierre<br>Paris, Frankreich | | 19.07.1967 | 2.100 | 331 |
| Reers, Jürgen<br>Gräfelfing | | 05.03.1967 | 3.500 | 113 |
| Rein, Jérôme<br>Paris, Frankreich | | 29.08.1971 | 1.400 | 327 |
| Rekik, Ali<br>Paris, Frankreich | | 03.03.1974 | 1.400 | 316 |
| Ren, George Guoqiang<br>Shanghai, V.R. China | | 01.05.1973 | 1.400 | 321a |
| Rinn, Thomas<br>Dettingen a.d. Erms | | 17.07.1970 | 1.400 | 120 |
| Rinn, Thomas<br>Dettingen a.d. Erms | | 17.07.1970 | 2.100 | 121 |
| Roßbach, Carsten<br>Frankfurt | | 08.05.1973 | 1.400 | 198 |
| Rückriegel, Matthias<br>Frankfurt | | 15.04.1973 | 1.400 | 299 |
| Sarathy Parthasarathy, Vijay<br>Lexington, USA | | 23.04.1965 | 1.400 | 44 |
| Schaible, Stefan<br>Frankfurt | | 20.03.1966 | 3.500 | 125 |
| Schaible, Stefan<br>Frankfurt | | 20.03.1966 | 3.500 | 236 |
| Schlick, Dr. Thomas<br>Schwalbach | | 24.06.1962 | 1.400 | 226 |
| Schmidl, Regina<br>München | | 17.12.1966 | 1.400 | 214 |
| Schneider, Felicitas<br>München | | 25.04.1955 | 1.400 | 127 |
| Schober, Dr. Kai-Stefan<br>Nürnberg | | 23 12 1969 | 1.400 | 237 |
| Schönberg, Tobias<br>Berlin | | 11.06.1975 | 1.400 | 294 |
| Schwenker, Prof. Dr. Burkhard<br>Hamburg | | 20.04.1958 | 6.000 | 129 |
| Schwenker, Prof. Dr. Burkhard<br>Hamburg | | 20.04.1958 | 1.350 | 130 |
| Schwilling, Andreas<br>Gräfelfing | | 11.03.1966 | 1.400 | 132 |
| Seyger, René<br>Bosch en Duin, Niederlande | | 02.04.1966 | 1.400 | 134 |
| Seyger, René<br>Bosch en Duin, Niederlande | | 02.04.1966 | 2.100 | 220 |
| Seyger, René<br>Bosch en Duin, Niederlande | | 02.04.1966 | 3.500 | 265 |
| Shah, Kushal<br>Dubai, Vereinigte Arabische Emirate | | 12.09.1971 | 1.400 | 59 |
| Sharma, Chethan<br>Horsell, Surrey, Großbritannien | | 31.12.1970 | 1.400 | 339 |
| Shen, John Jun<br>Shanghai, V.R China | | 30.10.1971 | 1.400 | 215 |
| Shen, John Jun<br>Shanghai, V.R. China | | 30.10.1971 | 2.100 | 307 |
| Siepen, Sven<br>Zumikon, Schweiz | | 13.06.1972 | 1.400 | 278 |
| Sievers, Dr Gerd<br>München | | 06.11.1973 | 1.400 | 216 |
| Sievers, Dr. Gerd<br>München | | 06.11.1973 | 1.400 | 149 |
| Sievers, Dr. Gerd<br>München | | 06.11.1973 | 700 | 240a |

6

Roland Berger Strategy Consultants Holding GmbH
Mies-van-der-Rohe-Str. 6, 80807 München

HRB 161531

| Name | Wohnort | Geburtsdatum | Nennbetrag des Geschäftsanteils € | Lfd. Nummer des Geschäftsanteils |
|------|---------|--------------|-----------------------------------|----------------------------------|
| Steffen, Dr. Frank | München | 11.08.1971 | 1.400 | 296 |
| Streichfuss, Dr. Martin | Aachen | 05.04.1963 | 3.500 | 137 |
| Teisseyre, Nicolas | Clamart, Frankreich | 30.09.1963 | 3.500 | 140 |
| Thiele, Jürgen | Gütersloh | 08.01.1970 | 1.400 | 181 |
| Thomson, Robert | London, England | 11.09.1966 | 1.400 | 141 |
| Toepfer, Olaf | Eschenbach, Schweiz | 01.12.1969 | 1.400 | 144 |
| Toepfer, Olaf | Eschenbach, Schweiz | 01.12.1969 | 2.100 | 102 |
| Tondreau, Grégorie | Brüssel, Belgien | 09.02.1974 | 1.400 | 213 |
| Tonko, Martin | Bad Hersfeld | 06.12.1968 | 1.400 | 277 |
| Tshidimba, Didier | Schaerbeek, Belgien | 10.02.1971 | 1.400 | 145 |
| Tshidimba, Didier | Schaerbeek, Belgien | 10.02.1971 | 2.100 | 244 |
| van der Does, David | Amsterdam, Niederlande | 12.06.1971 | 1.400 | 321b |
| van der Slot, Arnoud | Rotterdam, Niederlande | 29.09.1967 | 1.400 | 147 |
| van der Slot, Arnoud | Rotterdam, Niederlande | 29.09.1967 | 2.100 | 247 |
| van Dongen, Benno | Delft, Niederlande | 05.10.1964 | 1.400 | 148 |
| van Dongen, Benno | Delft, Niederlande | 05.10.1964 | 2.100 | 248 |
| Vernau, Dr. Katrin | Hamburg | 16.05.1973 | 1.400 | 340 |
| Versluis, Anthonie | Putrajaya, Malaysia | 17.04.1957 | 1.400 | 203 |
| Vlasselaer, Michel | Brüssel, Belgien | 21.03.1963 | 3.500 | 123 |
| Wang, Rong | Peking, V.R China | 26.12.1972 | 1.400 | 328 |
| Wang, Xin Tina | Peking, V.R. China | 01.11.1972 | 1.400 | 267 |
| Weber, Marcus | München | 16.08.1969 | 1.400 | 295 |
| Weidemeyer, Falco | Frankfurt | 22.02.1972 | 1.400 | 231 |
| Wendt, Thomas | Evanston, USA | 18.02.1974 | 1.400 | 233 |
| Wette, Michael | Küsnacht, Schweiz | 22.09.1970 | 1.400 | 151 |
| Wette, Michael | Küsnacht, Schweiz | 22.09.1970 | 2.100 | 152 |
| Wietheger, Ina | Frankfurt | 14.04.1967 | 1.400 | 153 |
| Wietheger, Ina | Frankfurt | 14.04.1967 | 2.100 | 303 |
| Winterhoff, Dr. Marc | Chicago | 22.09.1968 | 1.400 | 154 |
| Winterhoff, Dr. Marc | Chicago | 22.09.1968 | 2.100 | 245 |
| Wojahn, Stefan | Hamburg | 22.08.1974 | 1.400 | 235 |
| Wu, Qi | Peking, V.R. China | 24.12.1987 | 1.050 | 157 |
| Wu, Qi | Peking, V.R. China | 24.12.1987 | 350 | 158 |
| Wu, Qi | Peking, V.R. China | 24.12.1987 | 2.100 | 159 |
| Yamabe, Keisuke | Tokio, Japan | 17.03.1976 | 1.400 | 261 |
| Ye, Jun David | Shanghai, V.R. China | 26.12.1979 | 1.400 | 341 |
| Yoneda, Hisaji | Tokio, Japan | 20.02.1969 | 1.400 | 160 |
| Yoneda, Hisaji | Tokio, Japan | 20.02.1969 | 2.100 | 161 |
| Zaitsev, Dmitri | Moskau, Russland | 06.08.1972 | 3.500 | 301 |
| Zimmermann, Dr. Tim | München | 13.09.1961 | 3.500 | 162 |

7

Roland Berger Strategy Consultants Holding GmbH
Mies-van-der-Rohe-Str. 6, 80807 München

HRB 161631

| Name | Wohnort | Geburts-datum | Nennbetrag des Geschäftsanteils € | Lfd. Nummer des Geschäftsanteils |
|---|---|---|---|---|
| Zrikem, Younes | Casablanca, Marokko | 19.12.1974 | 1.400 | 268 |
| Summe: | | | 641.450 | |
| eigener Anteil | | | 150 | 166 |
| eigener Anteil | | | 650 | 25b |
| eigener Anteil | | | 650 | 56b |
| eigener Anteil | | | 1.400 | 9 |
| eigener Anteil | | | 1.400 | 37 |
| eigener Anteil | | | 1.050 | 168 |
| eigener Anteil | | | 1.400 | 169 |
| eigener Anteil | | | 1.400 | 170 |
| eigener Anteil | | | 1.400 | 171 |
| eigener Anteil | | | 1.400 | 172 |
| eigener Anteil | | | 1.400 | 173 |
| eigener Anteil | | | 1.400 | 174 |
| eigener Anteil | | | 1.400 | 175 |
| eigener Anteil | | | 1.400 | 176 |
| eigener Anteil | | | 1.400 | 177 |
| eigener Anteil | | | 1.400 | 178 |
| eigener Anteil | | | 1.400 | 179 |
| eigener Anteil | | | 1.400 | 180 |
| eigener Anteil | | | 1.400 | 139 |
| eigener Anteil | | | 1.400 | 101 |
| eigener Anteil | | | 1.400 | 117 |
| eigener Anteil | | | 1.400 | 163 |
| eigener Anteil | | | 1.400 | 79 |
| eigener Anteil | | | 1.400 | 93 |
| eigener Anteil | | | 1.400 | 32 |
| eigener Anteil | | | 1.400 | 131 |
| eigener Anteil | | | 1.400 | 103 |
| eigener Anteil | | | 1.400 | 146 |
| eigener Anteil | | | 1.400 | 114 |
| eigener Anteil | | | 1.400 | 45 |
| eigener Anteil | | | 1.400 | 60 |
| eigener Anteil | | | 1.400 | 67 |
| eigener Anteil | | | 1.400 | 22 |
| eigener Anteil | | | 1.400 | 240c |
| eigener Anteil | | | 1.400 | 84 |
| eigener Anteil | | | 1.400 | 298 |
| eigener Anteil | | | 1.400 | 182 |
| eigener Anteil | | | 3.500 | 89 |
| eigener Anteil | | | 3.500 | 308 |
| eigener Anteil | | | 3.500 | 2 |
| eigener Anteil | | | 3.500 | 58 |
| eigener Anteil | | | 3.500 | 94 |
| eigener Anteil | | | 3.500 | 63 |
| eigener Anteil | | | 3.500 | 90 |
| eigener Anteil | | | 3.500 | 67 |
| eigener Anteil | | | 3.500 | 183 |
| eigener Anteil | | | 3.500 | 184 |
| eigener Anteil | | | 3.500 | 185 |
| eigener Anteil | | | 3.500 | 186 |
| eigener Anteil | | | 3.500 | 187 |
| eigener Anteil | | | 3.500 | 17 |
| eigener Anteil | | | 3.500 | 188 |
| eigener Anteil | | | 3.500 | 189 |
| eigener Anteil | | | 3.500 | 190 |
| eigener Anteil | | | 1.050 | 191 |
| eigener Anteil | | | 3.500 | 165 |
| eigener Anteil | | | 3.500 | 193 |
| eigener Anteil | | | 3.500 | 194 |
| eigener Anteil | | | 3.600 | 122 |
| eigener Anteil | | | 3.600 | 128 |
| eigener Anteil | | | 3.500 | 7 |
| eigener Anteil | | | 3.500 | 74 |
| eigener Anteil | | | 3.600 | 133 |
| eigener Anteil | | | 3.600 | 221 |
| eigener Anteil | | | 3.600 | 4 |
| eigener Anteil | | | 3.500 | 281 |
| eigener Anteil | | | 3.500 | 66 |
| eigener Anteil | | | 3.500 | 302 |
| eigener Anteil | | | 3.500 | 342 |
| eigener Anteil | | | 3.600 | 24 |
| eigener Anteil | | | 3.500 | 91 |
| eigener Anteil | | | 3.500 | 326 |
| eigener Anteil | | | 3.500 | 309 |

8

Roland Berger Strategy Consultants Holding GmbH
Mies-van-der-Rohe-Str. 6, 80807 München

HRB 161531

| Name | Wohnort | Geburts-datum | Nennbetrag des Geschäftsanteils € | Lfd. Nummer des Geschäftsanteils |
|---|---|---|---|---|
| eigener Anteil | | | 1,050 | 126b |
| eigener Anteil | | | 5,950 | 126a |
| eigener Anteil | | | 1,000 | 156 |
| eigener Anteil | | | 6,000 | 155 |
| eigener Anteil | | | 7,000 | 136 |
| eigener Anteil | | | 7,000 | 116 |
| eigener Anteil | | | 7,000 | 195 |
| eigener Anteil | | | 7,000 | 196 |
| eigener Anteil | | | 7,000 | 1 |
| eigener Anteil | | | 16,650 | 36 |
| eigener Anteil | | | 2,100 | 306 |
| eigener Anteil | | | 2,100 | 305 |
| eigener Anteil | | | 1,050 | 197 |
| | | | | |
| Stammkapital gesamt: | | | 783,600 | |

<u>URNr. 1393 H/2014</u>
- gs -

Die geänderten Eintragungen der vorstehenden Liste entsprechen den Veränderungen, an denen ich gemäß meiner folgenden Urkunde/n mitgewirkt habe:

    URNr. 1380 H/2014 vom 29.08.2014 (RBSCH an Herrn Dejiang Dereck Ji)

    URNr. 1381 H/2014 vom 29.08.2014 (RBSCH an Frau Xin Tina Wang)

    URNr. 1382 H/2014 vom 29.08.2014 (RBSCH an Herrn Matthias Rückriegel)

    URNr. 1383 H/2014 vom 29.08.2014 (RBSCH an Herrn Georges de Thieulloy)

(RBSCH = Gesellschaft).

Die übrigen Eintragungen stimmen überein mit dem Inhalt der zuletzt im Handelsregister aufgenommenen Liste (= Liste vom 28.08.2014 meine URNr. 1373 H/2014, im Handelsregister aufgenommen am 01.09.2014).

München, den 02.09.2014

Dr. Andreas Knapp, Notar
als amtlich bestellter Vertreter von
Ferdinand Huwendiek, Notar

München, den 02.09.2014

Hiermit beglaubige ich die Übereinstimmung der in dieser Datei enthaltenen Bilddaten (Abschrift) mit dem mir vorliegenden Papierdokument (Urschrift).

Dr. Andreas Knapp
als öffentlich bestellter Vertreter des Notars Ferdinand Huwendiek

*Courtesy Translation*

Roland Berger Strategy Consultants Holding GmbH                    HRB 161531
Mies-van-der-Rohe-Str. 6, 80807 Munich

List of the Members of the Company of Roland Berger Strategy Consultants Holding GmbH
As of: 29 August 2014

| Name | Place of Residence | Date of Birth | Nominal value of company shares € | Serial number of company shares |
|---|---|---|---|---|
| Altmann, Dr. Dr. Georg | Frankfurt | 24 July 1971 | 1,400 | 212 |
| … | | | | |
| Falckenberg, Max | Düsseldorf | 02 June 1969 | 1,600 | 38 |
| Falckenberg, Max | Düsseldorf | 02 June 1969 | 400 | 39 |
| Falckenberg, Max | Düsseldorf | 02 June 1969 | 100 | 40 |
| Falckenberg, Max | Düsseldorf | 02 June 1969 | 1,400 | 52 |
| Falckenberg, Max | Düsseldorf | 02 June 1969 | 3,500 | 297 |
| … | | | | |
| Henske, Robert | Cambridge, USA | 11 October 1959 | 3,500 | 3 |
| … | | | | |
| Sarathy Parthasarathy, Vijay | Lexington, USA | 23 April 1965 | 1,400 | 44 |
| … | | | | |