# Exhibit 8

**Roland Berger**
Strategy Consultants

Looking for our US website?

Alumni

Country websites

search [↵]

**EXPERTISE**
- Industrial know-how
- Functional know-how
- Know-how from A - Z
- **Our experts**
- The Trend Compendium 2030

**CAREERS**

**COMPANY**

**MEDIA**

**PRESS ROOM**

Home » Expertise » Our experts » Robert Henske

**ROBERT HENSKE**



*Managing Partner*

Boston
USA
Phone: +1 617 310-6600
E-mail:

Robert C. Henske is Managing Partner US and member of the Chemicals & Oil Competence Center in Roland Berger's Boston office. He has 25 years of global strategy and business transformation consulting experience in the chemical and related industries spanning the commodity, specialty and fine chemicals markets.

He started his career in new technology development and commercialization at Olin Corporation's specialty chemical business. Prior to joining Roland Berger, he was Global Chemicals Practice Leader of an international consultancy and Senior Vice President at a leading US consultancy firm.

Robert C. Henske studied Chemical Engineering at the Yale University and holds an MBA of the Harvard Business School in Strategy & Finance.

**EXPERTISE**
- Chemicals
- Oil industry

Legal | Privacy | Contact | Help | Sitemap | Other websites

**WHAT'S NEW**