# Exhibit 9

Privacy Policy    Frequently Asked Questions    View Search Results    Summary of Charges    Logout

# Entity Details

| | | | |
|---|---|---|---|
| **File Number:** | 2946865 | **Incorporation Date / Formation Date:** | 11/06/1998 (mm/dd/yyyy) |
| **Entity Name:** | ROLAND BERGER STRATEGY CONSULTANTS LLC | | |
| **Entity Kind:** | LIMITED LIABILITY COMPANY (LLC) | **Entity Type:** | GENERAL |
| **Residency:** | DOMESTIC | State: | DE |
| **Status:** | GOOD STANDING | Status Date: | 05/02/2011 |

## TAX INFORMATION

| | | | |
|---|---|---|---|
| **Last Annual Report Filed:** | NO REPORTS ON FILE | Tax Due: | $ 0.00 |
| **Annual Tax Assessment:** | $ 250.00 | **Total Authorized Shares:** | 0 |

## REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE RD SUITE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5401 | | |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0240 | Amendment; Domestic | 1 | 07/10/2002 | 09:00 | 07/10/2002 |
| | Former Name: | ROLAND BERGER & PARTNER LLC | | | | |
| 2 | 0102Y | Register L.L.C. | 1 | 11/06/1998 | 09:00 | 11/06/1998 |

Back to Entity Search

To contact a Delaware Online Agent click here.