Exhibit 10



Welcome to the website of Roland Berger Strategy Consultants, a top player in the premier league of international consultancies. We serve top clients on challenging assignments in the global market. We pride ourselves on developing creative strategies and implementing practical solutions.

We've been conducting business in North America for well over a decade, and currently have offices in Boston, Chicago, Detroit, Montreal, and New York. Our rapid growth in North America complements our exceptionally strong position in Europe and Asia.

## LOCAL NEWS



### Brazilian Market Perspectives for 2014-2018
*Sep 4, 2014*

Although production volumes have stabilized in recent years, the slow start to 2014 will continue in the short term due to challenging economic conditions; high inflation, high interest rates and low consumer confidence.  >>



### Challenging conventional wisdom in steel
*Sep 2, 2014*

A new approach for an old industry.  >>

## MAGAZINES



### THINK ACT – China Special
*Jun 23, 2014*

Some thirty years ago, Roland Berger Strategy Consultants took on its first project in China. Since... >>



### THINK ACT – Growth
*Jun 23, 2014*

In today's saturated markets, it's difficult to keep coming up with new business models that... >>



**Chicago**
**Detroit**
**New York**
**Boston**
**Montreal**