UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re Application of Agfa-Gevaert NV for an
Order Pursuant to 28 U.S.C. § 1782 to Conduct
Discovery for Use in a Foreign Proceeding

Case No. _____

**DECLARATION OF LARRY C. WORK-DEMBOWSKI IN SUPPORT OF
APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

I, Larry C. Work-Dembowski, do hereby declare as follows:

1.      I am an attorney admitted to practice in the State of New York and the District of Columbia and am a Senior Attorney at the firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for applicant Agfa-Gevaert NV ("Agfa") in the above-captioned action.

2.      Submitted with this Declaration as Exhibits A, B, C, and D, respectively, are proposed subpoenas to produce documents directed to Roland Berger Strategy Consultants LLC and Roland Berger Strategy Consultants Holding GmbH and proposed subpoenas to testify directed to Roland Berger Strategy Consultants LLC and Roland Berger Strategy Consultants Holding GmbH.

3.      Also submitted with this Declaration are, to the best of my knowledge and belief, true and correct copies of the documents listed below that are cited in Agfa's Memorandum of Law in Support of Application for Discovery Pursuant to 28 U.S.C. § 1782.

4. Many of the documents listed below are in the German language. Appended to the end of the German language documents are translations of the relevant sections. For Exhibits 17, 20, and 25, which are procedural documents issued in ICC case number 15362/JHN/GFG, appended in lieu of new translations are the corresponding English language documents that were issued in parallel in a related arbitration (ICC case number 15365/JHN/GFG), which was pending before the same Tribunal. Although formally issued in a separate proceeding, the documents are identical in substance and reflect the authors' translation of their own German language documents into English.

| Exhibit | Document |
|---------|----------|
| 1 | Roland Berger Website, Company Management. |
| 2 | Roland Berger Website, History. |
| 3 | Roland Berger Website, Our Company Profile. |
| 4 | Excerpts from Roland Berger Website relating to recruitment:<br><br>Roland Berger Website, Recruitment Process;<br><br>Roland Berger Website, Going Global. |
| 5 | Statute of Roland Berger Strategy Consultants Holding GmbH, as amended on March 8, 2014, with English translation of selected excerpts. |
| 6 | Demonstrative Exhibit Prepared by Counsel Listing Members of Roland Berger Strategy Consultants Holding, with positions held according to the Roland Berger website. |
| 7 | List of the Members of the Company of Roland Berger Strategy Consultants Holding GmBH as of August 29, 2014, with English translation of selected excerpts. |
| 8 | Roland Berger Website, Robert Henske profile. |
| 9 | Roland Berger Strategy Consultants LLC Registration Information. |
| 10 | Roland Berger Website, North America homepage. |

11    Roland Berger Website, North America Offices Contact Details.

12    Excerpts from Roland Berger Website identifying locations of North American management team:

      Roland Berger Website, North America Management Team;

      Roland Berger Website, Our Experts: United States;

      Roland Berger Website, Our Experts: Boston;

      Roland Berger Website, Brian Gersh profile;

      Excerpts from Roland Berger presentation titled "International Restructuring Study 2013: 'Europe's competitiveness,'" October 2013.

13    Roland Berger Website, Profile of Roland Berger North America.

14    Roland Berger Website, Chemicals Industry.

15    Roland Berger Website, Max Falckenberg profile [webpage cache as of November 3, 2013].

16    Order No. 39, ICC Case No. 15362/JHN/GFG, March 5, 2013, with English translation.

17    Letter from Prof. Dr. Wilhelm Haarmann to counsel, members of Arbitral Tribunal, and Secretariat of the ICC concerning ICC Case No. 15362/JHN/GFG regarding Prof. Dr. Haarmann's departure from Haarmaann Partnerschaftsgesellschaft to join Linklaters LLP, March 5, 2013, with English translation from ICC Case Nos. 15364/JHN/GFG and 15365/JHN/GFG.

18    Frankfurt-Live.com article titled "FrankfurtRheinMain GmbH International Marketing of the Region promotes Frankfurt business region at the World Economic Forum in Davos," January 31, 2009, with English translation.

19    Frankfurter Allgemeine article titled "Two popular hosts in Davos," January 28, 2005, with English translation of selected excerpts.

20    Letter from Alma Forgó, Deputy Counsel, Secretariat of the ICC International Court of Arbitration to counsel and members of Arbitral Tribunal concerning ICC Case No. 15362/JHN/GFG regarding the confirmation of Dr. Arndt Overlack as co-arbitrator, June 12, 2013, with English translation from ICC Case No. 15365/JHN/GFG.

21    Consultancy.uk article titled "7 Roland Berger restructuring experts off to McKinsey & Co," January 7, 2014.

22    Order No. 46, ICC Case No. 15362/JHN/GFG, June 6, 2014, with English translation.

23    Letter from Dr. Benedikt Burger to members of the Arbitral Tribunal concerning ICC Case No. 15362/JHN/GFG regarding the Tribunal's Procedural Order No. 42, November 25, 2013, with English translation.

24    Order No. 47, ICC Case No. 15362/JHN/GFG, September 22, 2014, with English translation of selected excerpt.

25    Letter from Thomas Buhl to members of the Arbitral Tribunal concerning ICC Case No. 15362/JHN/GFG requesting a statement from Mr. Falckenberg regarding possible contacts with participants of the Tribunal, May 22, 2014, with English translation.

26    Order No. 20, ICC Case No. 15362/JHN, April 13, 2011, as translated to English as Procedural Order No. 23, ICC Case No. 15365/JHN, April 12, 2011, with additional English translation of excerpt from Max Falckenberg's curriculum vitae.

27    Letter from Thomas Buhl to members of the Arbitral Tribunal concerning ICC Case Nos. 15362/JHN and 15365/JHN regarding Procedural Orders No. 20 (15362) and 23 (15365), April 18, 2011.

28    Excerpts from Roland Berger Website as of 2011:

   Roland Berger Website, Who We Are [webpage cache as of September 24, 2011];

   Roland Berger Website, Company Management [webpage cache as of September 28, 2011];

   Roland Berger Website, North America homepage [webpage cache as of June 23, 2011];

   Roland Berger Website, Profile of Roland Berger North America [webpage cache as of June 13, 2011];

   Roland Berger Website, Company [webpage cache as of July 7, 2011];

   Roland Berger Website, Our Company Profile [webpage cache as of June 15, 2011];

   Roland Berger Website, Consulting Life [webpage cache as of August 14, 2011].

29    Roland Berger presentation titled "What does Roland Berger stand for?"

30    Roland Berger press release titled "Roland Berger Strategy Consultants Appoints 18 New Partners and Promotes Nine Others to Senior Partner," July 2, 2014.

31    Roland Berger press release titled "Global Leadership Team of Seven with Stefan Schaible and Tijo J.G. Collot D'Escury as Deputy CEOs," September 2, 2014.

32      Gesetz betreffend die Gesellschaften mit beschränkter Haftung [Act Regarding Companies With Limited Liability], as amended, § 51a, with English translation.

33      Hanno Merkt, Münchener Kommentar zum GmbHG § 13 ¶¶ 88, 172-174 (C.H. Beck, 1st ed. 2010), with English translation.

34      Lutz Weipert, Münchener Handbuch des Gesellschaftsrechts, Vol. 1, § 6 ¶¶ 40-51 (C.H. Beck, 4th ed. 2014), with English translation.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge, information and belief.

Executed on September 25, 2014
Washington, D.C.


By: _____
    Larry C. Work-Dembowski
    CLEARY GOTTLIEB STEEN & HAMILTON LLP
    2000 Pennsylvania Ave., NW
    Washington, D.C. 20006
    Telephone: (202) 974-1588
    Facsimile: (202) 974-1999
    lwork-dembowski@cgsh.com

    *Counsel for Applicant Agfa-Gevaert NV*