# Exhibit 11



# Roland Berger
## Strategy Consultants

NORTH AMERICA

Alumni ◱    Sitemap    Other websites

search [↵]

**NORTH AMERICAN OFFICES**
- Profile
- Expertise
- Management Team
- Corporate Responsibility
- **Contact details**

**COMPANY**

**EXPERTISE**

**CAREERS**

**NEWS**

**FEATURED**

Home » North American Offices » Contact details

## CONTACT DETAILS

### BOSTON                                           −

The Boston office opened its doors in July 2012. It has quickly become the hub of Roland Berger's services for the North American Chemicals industry.

**ROLAND BERGER BOSTON**    →    +

**Contact Information**

Phone +1 (617) 310-6600
Fax +1 (617) 310-6601
Email ✉

Roland Berger Strategy Consultants - Boston
Two International Place, 25th Floor
Boston, MA 02110

Map to Boston Office [Google] ◱

### CHICAGO                                          −

We opened our Chicago office in 2008 and have already established ourselves as a trusted partner in consumer goods, energy, pharmaceuticals and engineered products.

**ROLAND BERGER CHICAGO**    →    +



Contact Roland Berger Chicago

Roland Berger Strategy Consultants - Chicago
71 South Wacker Drive, Suite 1840
Chicago, IL 60606
Telephone: +1 312 662-5500
Fax: +1 312 662-5501

Map to Chicago Office [Google]

## DETROIT                                                              −

The Detroit office launched its operations in late 1998. Located in the heart
of the Midwest, it has rapidly grown to become the hub of Roland Berger's
services for the North American manufacturing industry.

**ROLAND BERGER DETROIT**            →



Contact Roland Berger Detroit

Roland Berger Strategy Consultants - Detroit
37000 Woodward Avenue
Suite 200
Bloomfield Hills, MI
USA
Telephone: +1 248 729-5000
Fax: +1 248 649-1794

Map to Detroit Office [Google]

## MONTREAL                                                             −

2080 boulevard René Levesque Ouest
Montréal Québec H3H 1R6
Canada

Phone +1 514 875 2000
✉

## NEW YORK                                                             −

Our office in New York, a represenatitive office that opened in 1995, was
our first step into the North American market. It is used for serving local
clients and for hosting international client meetings.

**ROLAND BERGER NEW YORK**            →





Contact Roland Berger New York

Roland Berger Strategy Consultants – New York
230 Park Avenue, Suite 112
New York, NY 10022
Telephone: +1 212 651-9660
Fax: +1 212 756-8750

Map to New York Office [Google]

| Legal | Privacy | Contact | Help | North America RSS | Global RSS | |
|---|---|---|---|---|---|---|