Exhibit 12



Alumni | Sitemap | Other websites

**Roland Berger**
Strategy Consultants

**NORTH AMERICA**

search [↵]

**NORTH AMERICAN OFFICES**
Profile
Expertise
**Management Team**
　Robert Henske
　Robert Peterson
　Thomas F. Wendt
　Marc Winterhoff
　Jonathon Wright
　Antonio Benecchi
　Alexis Gardy
　Serge Lhoste
　Brandon Boyle
　Frederic Choumert
Corporate Responsibility
Contact details
**COMPANY**
**EXPERTISE**
**CAREERS**
**NEWS**
**FEATURED**

Home　»　North American Offices　»　Management Team

**MANAGEMENT TEAM**

Meet our management team in North America – a wealth of consulting experience.

**Robert Henske**
Managing Partner  >>

**Robert Peterson**
Partner  >>

**Thomas F. Wendt**
Partner  >>

**Marc Winterhoff**
Partner  >>

**Jonathon Wright**
Partner  >>

**Antonio Benecchi**
Partner  >>

**Alexis Gardy**
Partner  >>

**Serge Lhoste**
Partner  >>

**Brandon Boyle**
Principal  >>

**Frederic Choumert**
Principal  >>

**Brian Gersh**
Principal  >>

**Gillian Morris**
Principal  >>

**Shashin Shah**
Principal  >>

**Global Management Team**
Our global leadership  >>

Legal　|　Privacy　|　Contact　|　Help　|　North America RSS　|　Global RSS

Case 1:14-mc-91289-PBS    Document 8-2    Filed 09/26/14    Page 3 of 8



# Roland Berger
## Strategy Consultants

Looking for our US website?

Alumni

Country websites

Deutsch

search [↵]

**EXPERTISE**
- Industrial know-how
- Functional know-how
- Know-how from A - Z
- **Our experts**
- The Trend Compendium 2030

**CAREERS**

**COMPANY**

**MEDIA**

**PRESS ROOM**

Home » Expertise » Our experts

## OUR EXPERTS

**Brandon Boyle**

*Principal*

Detroit, USA
Phone: +1 248 729-5000
E-mail: ✉

more >>

**Frederic Choumert**

*Principal*

Boston, USA
Phone: +1 617 310-6600
E-mail: ✉

more >>

**Robert Henske**

*Managing Partner*

Boston, USA
Phone: +1 617 310-6600
E-mail: ✉

more >>

**Gillian Morris**

*Principal*

Chicago, USA
Phone: +1 312 662-5500
E-mail: ✉

more >>

**Robert Peterson**

*Partner*

Chicago, USA
Phone: +1 312 662-5500

| FILTER BY NAME | + |
| FILTER BY COUNTRY | + |
| FILTER BY OFFICE | + |
| INDUSTRIES | + |
| FUNCTIONAL ISSUES | + |



E-mail: ✉
more >>



**Shashin Shah**
*Principal*
Boston, USA
Phone: +1 617 310-6600
E-mail: ✉

more >>



**Thomas Wendt**
*Partner*
Detroit, USA
Phone: +1 248 729-5000
E-mail: ✉

more >>



**Marc Winterhoff**
*Partner*
Detroit, USA
Phone: +1 312 662-5500
E-mail: ✉

more >>



**Jonathon Wright**
*Partner*
Boston, USA
Phone: +1 617 310-6600
E-mail: ✉

more >>

Legal | Privacy | Contact | Help | Sitemap | Other websites

WHAT'S NEW



**Roland Berger**
Strategy Consultants

NORTH AMERICA

Alumni ⬈        Sitemap        Other websites

search  [↵]

**NORTH AMERICAN OFFICES**
Profile
Expertise
**Management Team**
  Antonio Benecchi
  Alexis Gardy
  Serge Lhoste
  Brandon Boyle
  Frederic Choumert
  **Brian Gersh**
  Gillian Morris
  Shashin Shah
  Global Management Team ⬈

Corporate Responsibility
Contact details
**COMPANY**
**EXPERTISE**
**CAREERS**
**NEWS**
**FEATURED**

Home  »  North American Offices  »  Management Team  »  Brian Gersh

### BRIAN GERSH

#### PRINCIPAL

Brian Gersh joins Roland Berger Strategy Consultants as a Principal in the Chemicals & Oil Competence Center in the Boston office. He has extensive knowledge in the Polymers & Plastics businesses and over the last 30 years has worked extensively in consulting and industry in the areas of Growth and Business Strategy Development, Value Chain Optimization, Technology & Licensing Strategy Development and Business & Technology and Intellectual Capital Valuation.

He started his career in the Plastics Divisions of Rockwell International and Ford Motor Company as a manufacturing process Engineer, and he worked for AlliedSignal's Engineered Plastics business (today, owned by BASF) in a range of financial, product management, planning & business development assignments. Prior to joining Roland Berger, he was the Polymers Principal for Charles River Associates (CRA) and Arthur D. Little..

Brian Gersh holds a BA in Chemistry from Case Western Reserve University and an MBA in Finance from New York University, Graduate School of Business Administration (Stern School).

**Contact information**

Phone +1 (617) 310-6600
E-mail
✉



Brian Gersh, Principal

Legal  |  Privacy  |  Contact  |  Help  |  North America RSS  |  Global RSS

?

# International Restructuring Study 2013

## "Europe's competitiveness"

**Roland Berger**
Strategy Consultants

Düsseldorf, October 2013



# Co-authors of the study and Roland Berger restructuring experts

## Global Network of the Restructuring Practice

### EUROPE

 Eric Baart Brussels

 Krzysztof Badowski Warsaw

 Jan Beckeman Stockholm

 Emmanuel Bonnaud Paris

 Bernd Brunke Berlin

 Roberto Crapelli Milan

 Jorge Delclaux Madrid

 Max Falcken-berg Düsseldorf

 Daniel Himmel Düsseldorf

 Michel Jacob Paris

 Uwe Johnen Berlin

 Alexander Kainer Vienna

 Timo Kamp Berlin

 Constantin Kinský Prague

 Johannes Klein Stuttgart

 Thomas Knecht Munich

 Klaus Kremers Berlin / London

 Nils v. Kuhlwein Düsseldorf

 Uwe Kumm Moscow/ Kiev

 Andrea Marinoni Milan

 Beatrix Morath Zurich

 Nick Parker London

 Codrut Pascu Bucharest

 Rainer Bizen-berger Frankfurt

 Ilpo Uotila Helsinki

 Rupert Petry Vienna

 Vladimir Preveden Zagreb

 Jakob Rüden Düsseldorf

 Jochen Schönfelder Düsseldorf

 René Seyger Amsterdam

 Sascha Haghani Frankfurt

 Gerd Sievers Munich

### AMERICAS

 Antonio Benecchi Chicago

 Thomas Kunze São Paulo

### ASIA

 Matthew Chang Shanghai

 Joost Geginat Singapore

 Takashi Hirai Tokyo

 Tobias Plate Bahrain

 Michael Wette Bahrain

 Keisuke Yamabe Tokyo