Exhibit 13

**Roland Berger**
Strategy Consultants

NORTH AMERICA

Alumni ⬈   |   Sitemap        Other websites

search  [↵]

**NORTH AMERICAN OFFICES**
   **Profile**
   Expertise
   Management Team
   Corporate Responsibility
   Contact details
**COMPANY**
**EXPERTISE**
**CAREERS**
**NEWS**
**FEATURED**

Home » North American Offices » Profile

### PROFILE OF ROLAND BERGER NORTH AMERICA

### INSIGHT INTO ROLAND BERGER NORTH AMERICA

Roland Berger Strategy Consultants is one of the world's leading strategy consultancies. We set up a representative office in New York in 1995, our first foray into the US market. Three years later, we opened our first independent office in the United States – in Detroit. This office, located in the heart of the Midwest, has grown to become the hub of our services for the North American manufacturing industry. Our Chicago office, which opened in 2008, is quickly developing into a center of excellence for consumer goods, energy and engineered products.

In 2012, we re-established our presence in New York to further strengthen our Chemicals and Oil Competence Center. In addition, we also opened new offices in Boston and Montreal. Our team in Boston supports international clients on all strategy issues: from setting up traditional efficiency improvement actions and developing new market strategies to tapping promising business segments.

"We are pleased and proud that with Montreal and Boston, we now have more than 50 Roland Berger offices around the world," says Martin C. Wittig, CEO of Roland Berger Strategy Consultants. "Our strategy for expanding the North American business is paying off!" Roland Berger has already been advising Canadian companies in and outside Canada for some time now. "This commitment will be stepped up further with the new location in Montreal," says Wittig.

In this attractive but highly competitive environment, Roland Berger North America is establishing itself as one of the country's preeminent consulting firms. We excel at winning new business. Our clients, impressed by our consultants' deep industry know-how and commitment to getting results, come back – time and again.

We recruit, develop and retain the most outstanding analytical and creative minds. We foster their development in a way that enhances value to clients, themselves and to our firm. Our formula for success is based on the values – Excellence, Entrepreneurship, and Partnership. These values shape everything we think and do. This is how we create lasting, measurable value.



**WHAT'S NEW - USA**

**Brazilian Market Perspectives...**
Although production volumes have stabilized in recent years, the slow start to 2014 will continue in... >>

**Brazilian Market Perspectives...**
Although production volumes have stabilized in recent years, the slow start to 2014 will continue in... >>

Legal   |   Privacy   |   Contact   |   Help   |   North America RSS   |   Global RSS