# Exhibit 14

**Roland Berger** Strategy Consultants

Looking for our US website?

Alumni

Country websites

Deutsch

search

**EXPERTISE**

**Industrial know-how**

Aerospace & Defense
Automotive
B2B electronics
Basic materials
**Chemicals**
    NEW: Chemicals 2030
Construction
Construction materials
Consumer goods & retail
Electrical engineering & manufacturing
Functional know-how
Know-how from A - Z
Our experts
The Trend Compendium 2030

**CAREERS**

**COMPANY**

**MEDIA**

**PRESS ROOM**

Home  »  Expertise  »  Industrial know-how  »  Chemicals

### CHEMICALS

"Chemicals are part of everybody's life" – That may be the best way to describe one of the most diverse and global industries. Naturally, the challenges faced are just as varied as the industry. They differ depending on each company's position in the value chain, product portfolio and region, to name but a few.

### IN BRIEF

Companies in the chemicals industry are extremely diverse. They produce millions of tons of commodities such as methanol and polyethylene. But they must also be able to produce tiny volumes of specialty chemicals. Just as varied are their challenges and success factors. What's more, chemical companies are often at the center of public attention, given technological sensitivity and safety issues.

The global chemicals industry faces a wide range of challenges

- Serving a client base that is moving out of old economies to fast growing economies like China and India

- Coping with the production of base chemicals and commodities based on cheap gas and coal, mainly in the Middle East and China

- Competing with new players in either growth regions or low-cost feedstock regions. Contrary to many old economy production facilities, production there is based on large plants and the latest technology

- Strengthening business models with high value-added products and services, increasing customer orientation to sustain and improve margins

- Dealing with new shareholder structures and new rules, driven by increasing private equity commitments

### YOUR EXPERT CONTACT



Martin Erharter (global)



Neil Checker (EMEA)



Alexander Keller (EMEA)



- ◆ Positioning itself as a major contributor to solving global challenges such as cutting down energy consumption and preserving resources

The global chemicals team of Roland Berger Strategy Consultants is as international as the industry it serves. It covers mature markets like Western Europe as well as booming consumer regions like China and upcoming production regions in the Middle East.

The chemicals team provides a comprehensive range of consulting services covering topics from strategy (e.g. value chain positioning, M&A) to operational excellence (e.g. pricing, supply chain management, organization). Roland Berger's exceptional experience with sectors that are clients or suppliers to the chemical industry helps us deliver tangible and sustainable results for chemical companies. This expertise is rounded off by extensive experience in non-core but equally important topics such as corporate social responsibility (CSR).

| OUR EXPERTS | + |
|---|---|
| FURTHER READING | + |
| PRESS RELEASES | + |

Robert Henske (AMERICAS)



Watson Liu (ASIA)

**PAINTS AND COATINGS MARKET**

Read the article of Alexander Keller published in CHE Manager ⤢ on the future of the European paints and coatings industry. (Article in German) The English version of the article can downloaded here. (PDF, 61 KB)

**ICIS SPONSORSHIP**

Roland Berger Strategy Consulting has stepped up to take the overall sponsorship of the ICIS Innovation Awards 2013. ⤢ It will award the prize to the overall winner this year, as well as sponsor the Best Product Innovation category. Read more about our partnering with the ICIS award 2012. ⤢

All international experts ⤢

**VISIT THE WEBSITE TO OUR STUDY "CHEMICALS 2030"**



Legal | Privacy | Contact | Help | Sitemap | Other websites

WHAT'S NEW