# Exhibit 15



INTERNET ARCHIVE
WayBackMachine

http://www.rolandberger.com/expertise/experts/expert_profile/rbsc-exp-Max_Falckenberg.html    Go

6 captures
18 Mar 12 - 3 Nov 13

NOV    **NOV 3 2013**    DEC
2012                      2014

Close
Help

Alumni

Country websites

Deutsch

# Roland Berger
## Strategy Consultants

Looking for our US website?

search    [↵]

**EXPERTISE**
  Industrial know-how
  Functional know-how
  Know-how from A - Z
  **Our experts**
  The Trend Compendium 2030
**CAREERS**
**COMPANY**
**MEDIA**
**PRESS ROOM**

Home » Expertise » Our experts » Max Falckenberg

## MAX FALCKENBERG

*Partner*

Düsseldorf
Germany
Phone: +49 211 4389-2301
E-mail: ✉

Max has worked for Roland Berger since May 2000 as a Partner in the Corporate Performance Competence Center, based in Düsseldorf.

In this role he focuses on the functional issues of restructuring and corporate finance and has special industry expertise in automotive supplies, shipping, retail, wholesale, machinery and construction.

He studied Business Administration at the universities of Passau, Berlin (Humboldt) and Berkeley, California. In the US he also trained to become a Certified Public Accountant in San Diego. He began his professional career with a leading international auditing company in Berlin and London.

### EXPERTISE
- Construction
- Healthcare
- Pharmaceuticals
- Restructuring
- Shipping

### PUBLICATIONS
- International Restructuring Study 2013, Study, 2013
- Restructuring study 2013, Study, 2013
- ESUG study 2012 (German Law on Further Facilitating the Restructuring of Companies), Study (in German only), 2012
- International Restructuring Study 2012, Study, 2012
- Germany 2012 - Restructuring study, Study, 2012
- The Market for Consumer Electronics in Germany, Study (in German), 2012
- International 2011 - Restructuring study, Study, 2011
- Germany 2011 - Restructuring