# Exhibit 17

# HAARMANN

PROF. DR. WILHELM HAARMANN
Rechtsanwalt Wirtschaftsprüfer Steuerberater

INDRA STEHL'
Rechtsanwältin

PROF. DR. FRIEDRICH TOEPEL'
Rechtsanwalt

'angestellt

HAARMANN – Neue Mainzer Straße 75 – 60311 Frankfurt am Main

**Per Einschreiben (vorab per Telefax)**

| | | |
|---|---|---|
| Herrn Prof. Dr. Siegfried H. Elsing | **Fax:** | **+49 211 36 787 540** |

Herrn Prof. Dr. Siegfried H. Elsing  **Fax:**   **+49 211 36 787 540**
Orrick Herrington & Sutcliffe LLP
Heinrich-Heine-Allee 12
40213 Düsseldorf
**(Klägervertreter)**

Herrn Dr. Benedikt Burger  **Fax:**   **+49 69 715 88 588**
Orrick Herrington & Sutcliffe LLP
Friedrichstraße 31
60323 Frankfurt/Main
**(Klägervertreter)**

Herrn Robert T. Greig  **Fax:**   **+33 1 40 74 68 88**
Herrn Aren Goldsmith
Cleary Gottlieb Steen & Hamilton LLP
12, rue de Tilsitt
F-75008 Paris
Frankreich
**(Beklagtenvertreter)**

Mr Thomas M. Buhl  **Fax:**   **+49 69 97 103 199**
Mr Klaus Banke
Mr Larry Work-Dembowski
Ms Annett Rombach
Ms Nicole Rothe
Cleary Gottlieb Steen & Hamilton LLP
Main Tower
Neue Mainzer Straße 52
60311 Frankfurt am Main
**(Beklagtenvertreter)**

**HAARMANN** Partnerschaftsgesellschaft
Rechtsanwälte Steuerberater Wirtschaftsprüfer

Neue Mainzer Straße 75  60311 Frankfurt am Main  Telefon +49 69 92059-0  Fax +49 69 92059-990  Sitz: Frankfurt am Main  AG Frankfurt am Main PR 1574

# HAARMANN

Herrn Dr. Georg von Segesser     **Fax: +41 44 215 52 96**
Schellenberg Wittmer
Löwenstrasse 19
CH-8021 Zürich
Schweiz

Herrn Prof. Dr. Paul Oberhammer **Fax: +43 1 4277 9350**
Universität Wien
Institut für Zivilverfahrensrecht
Schenkenstrasse 8-10
A-1010 Wien
Österreich

Herrn Gustav Flecke-Giammarco/ **Fax: +33 1 49 53 57 77**
Frau Alma Forgó
Referent
Sekretariat des Internationalen
Schiedsgerichtshofs der ICC
38, Cours Albert 1er
FR 75008 Paris

cc:
Frau Dr. Andrea Meier        **Fax: +41 44 212 1511**
Wartmann & Merker
Fraumünstergasse 29
Postfach
8022 Zürich
Schweiz

Frankfurt, 5. März 2013

**ICC Schiedsverfahren Nr. 15362/JHN/GFG: Mitteilung des Wechsels der Kanzlei des Schiedsrichters Prof. Dr. Wilhelm Haarmann**

Sehr geehrte Damen und Herren,

hiermit möchte ich allen Beteiligten des ICC-Schiedsverfahrens Nr. 15362/JHN/GFG mitteilen, dass ich beabsichtige, meine Kanzlei zu verlassen, und in Kürze Partner bei Linklaters LLP, Mainzer Landstr. 16, 60325 Frankfurt am Main, sein werde.

Eine Konfliktsituation ergibt sich dadurch aus meiner Sicht nicht.

Mit freundlichen Grüßen

Wilhelm Haarmann

# HAARMANN

PROF. DR. WILHELM HAARMANN
Rechtsanwalt Wirtschaftsprüfer Steuerberater

INDRA STEHL*
Rechtsanwältin

PROF. DR. FRIEDRICH TOEPEL*
Rechtsanwalt

*angestellt

HAARMANN – Neue Mainzer Straße 75 – 60311 Frankfurt am Main

## First by fax, then by registered letter

Prof. Dr. Siegfried H. Elsing          **Fax:**    **+49 211 36 787 540**
Orrick Herrington & Sutcliffe LLP
Heinrich-Heine-Allee 12
40213 Düsseldorf
**(Representative of Claimant)**

Dr. Benedikt Burger                    **Fax:**    **+49 69 715 88 588**
Orrick Herrington & Sutcliffe LLP
Friedrichstraße 31
60323 Frankfurt/Main
**(Representative of Claimant)**

Mr. Robert T. Greig                    **Fax:**    **+33 1 40 74 68 88**
Mr. Aren Goldsmith
Cleary Gottlieb Steen & Hamilton LLP
12, rue de Tilsitt
F-75008 Paris
Frankreich
**(Representatives of Respondents)**

Mr Thomas M. Buhl                      **Fax:**    **+49 69 97 103 199**
Mr Klaus Banke
Mr Larry Work-Dembowski
Ms Annett Rombach
Ms Nicole Rothe
Cleary Gottlieb Steen & Hamilton LLP
Main Tower
Neue Mainzer Straße 52
60311 Frankfurt am Main
**(Representatives of Respondents)**

HAARMANN Partnerschaftsgesellschaft
Rechtsanwälte Steuerberater Wirtschaftsprüfer

Neue Mainzer Straße 75  60311 Frankfurt am Main  Telefon +49 69 92059-0  Fax +49 69 92059-990  Sitz: Frankfurt am Main  AG Frankfurt am Main PR 1574

# HAARMANN

Dr. Georg von Segesser      **Fax: +41 44 215 52 96**
Schellenberg Wittmer
Löwenstrasse 19
CH-8021 Zürich
Schweiz

Prof. Dr. Paul Oberhammer      **Fax: +43 1 4277 9350**
Universität Wien
Institut für Zivilverfahrensrecht
Schenkenstrasse 8-10
A-1010 Wien
Österreich

Mr Gustav Flecke-Giammarco, counsel/ **Fax: +33 1 49 53 57 77**
Frau Alma Forgó, deputy-counsel
Secretariat of the ICC
38, Cours Albert 1er
75008 Paris

cc:
Dr. Andrea Meier      **Fax: +41 44 2121511**
Wartmann & Merker
Fraumünstergasse 29
Postfach
8022 Zürich
Schweiz

Frankfurt, 5 March 2013

**ICC Arbitration Case No. 15364/JHN/GFG and 15365/JHN/GFG: notification of change of law firm, arbitrator Prof. Dr. Wilhelm Haarmann**

Ladies and Gentlemen,

Hereby I wish to notify counsel, my colleagues of the arbitral tribunal concerning ICC arbitration case no. 15364/JHN/GFG and 15365/JHN/GFG and the ICC secretariat that I intend to leave my law firm and will shortly join Linklaters LLP, Mainzer Landstr. 16, 60325 Frankfurt am Main, as partner.

In my view, no conflict arises from this situation.

Yours sincerely,

Wilhelm Haarmann