Exhibit 18



Archiv 2014

Archiv 2013

Archiv 2012

Archiv 2011

Archiv 2010

Archiv 2009

Kultur (Frankfurt)

Kultur (Rhein-Main)

Kultur (Streiflichter)

Rhein-Main aktuell

Reisen

gesund + vital

Lifestyle

Gesellschaft

Wirtschaft

Frankfurter Stadtteile

MTK News

Aufgeblättert

Angeklickt

## Wirtschaft

### FrankfurtRheinMain GmbH International Marketing of the Region

**wirbt beim Weltwirtschaftsgipfel in Davos für den Finanzplatz Frankfurt**

**Standortmarketinggesellschaft beteiligt sich an „Frankfurt meets Davos"**

(31.01.09) Im Steigenberger-Hotel Belvedere fand erstmals die Veranstaltung „Frankfurt meets Davos" statt. Zum ersten Mal in der Geschichte des Weltwirtschaftsgipfels präsentierte sich eine Region in Davos mit einem eigenen Empfang. Die Premiere wurde von der Maleki Group organisiert, neben der FrankfurtRheinMain GmbH International Marketing of the Region waren auch die VWD Vereinigte Wirtschaftsdienste AG, die Haarmann Partnergesellschaft und die Steigenberger Hotel Group Partner der Veranstaltung. Die FrankfurtRheinMain GmbH International Marketing of the Region lud zahlreiche Vertreter internationaler, in der Region FrankfurtRheinMain ansässiger Unternehmen zu dem Empfang in Davos ein.

Hochkarätige Gäste, darunter Jean-Claude Trichet, Präsident der EZB, Christian Noyer, Gouverneur Banque de France, S. Ramadorai, CEO TATA Consultancy Services, Shantanu Narayen, President and CEO Adobe Systems, B. G. Srinivas, Senior Vice President Infosys Technologies, Dr. Frank Mattern, Deutschland-Chef von McKinsey, Hans Wagener, Vorstandssprecher Price Waterhouse Coopers, Prof. Dr. Rolf Nonnenmacher, Sprecher des Vorstandes von KPMG; Prof. Dr. Roland Berger, Gründer von Roland Berger Strategy Consultants, Dr. Martin Viessmann, Eigentümer Viessmann Unternehmensgruppe und Dr. Michael Träm, CEO von Arthur D. Little International folgten der Einladung der Veranstalter. Offizielle Vertreter der Region FrankfurtRheinMain waren der Frankfurter Stadtrat Boris Rhein, Lutz Raettig, Magistrat der Stadt Frankfurt und Peter Walter, Landrat des Kreises Offenbach.

„Die eindrucksvolle Präsenz internationaler Wirtschaftsführer auf unserem Empfang in Davos bestätigt die große Anziehungskraft von FrankfurtRheinMain.", so Dr. Hartmut Schwesinger, Geschäftsführer der FrankfurtRheinMain GmbH International Marketing of the Region. „In Davos treffen sich alle Entscheider der Wirtschaft um sich auszutauschen, neue Kontakte zu knüpfen und Perspektiven für die Zukunft zu entwickeln. Gerade in wirtschaftlich schwierigen Zeiten ist es wichtig, Flagge zu zeigen und den Finanzplatz FrankfurtRheinMain durch aktive Werbung zu stärken."

**FrankfurtRheinMain GmbH International Marketing of the Region**
ist die Standortmarketinggesellschaft der Region FrankfurtRheinMain. Aufgabe der Gesellschaft ist es, ausländische Unternehmen über Standortvorteile zu informieren und für die Region zu gewinnen, die internationale Wettbewerbsfähigkeit von FrankfurtRheinMain zu fördern und die Wahrnehmung im Ausland zu stärken. Mit Gründung der FrankfurtRheinMain GmbH International Marketing of the Region stellt sich der Wirtschaftsstandort selbstbewusst dem internationalen Wettbewerb.

Die FrankfurtRheinMain GmbH International Marketing of the Region versorgt potenzielle Investoren mit umfangreichen Standortinformationen sowie detaillierten Branchendaten, koordiniert Standortauswahlprozesse in Zusammenarbeit mit lokalen Partnern und hilft Unternehmern bei der Kontaktaufnahme mit den richtigen Ansprechpartnern. (www.frm-united.de)

Artikel suchen

suchen

Werbung


Suchen:

LOS

Neu und gebraucht suchen
amazon.de

Werbung


Geben Sie einen Ort ein

▶ Suchen

Werbung

Werbung



Werbung



Unsere heutigen Artikel

Happy Birthday, Hessenpark

Kampf gegen Steuerkriminalität

Spätherbstliebe - erster





Economy

# FrankfurtRheinMain GmbH International Marketing of the Region promotes Frankfurt business region at the World Economic Forum in Davos
## Regional marketing company participates in "Frankfurt meets Davos"

(January 31, 2009) In the Steigenberger Hotel Belvedere, the first meeting of "Frankfurt meets Davos" took place.  For the first time in the history of the World Economic Forum, a region presented itself in Davos by hosting its own reception.  This premiere was organized by the Maleki Group, besides the FrankfurtRheinMain GmbH International Marketing of the Region the VWD Vereinigte Wirtschaftsdienste AG, Haarmann Partnergesellschaft and the Steigenberger Hotel Group partnered the event.  The FrankfurtRheinMain GmbH International Marketing of the Region invited numerous representatives of international companies based in the FrankfurtRheinMain region to the reception in Davos.

High-profile guests, including Jean-Claude Trichet, President of the ECB, Christian Noyer, Gouvernor of the Banque de France, S. Ramadorai, CEO of TATA Consultancy Services, Shantanu Narayen, President and CEO of Adobe Systems, B. G. Srinivas, Senior Vice President of Infosys Technologies, Dr. Frank Mattern, Head of Germany of McKinsey, Hans Wagener, Spokesman of the Management Board of Price Waterhouse Coopers, Prof. Dr. Rolf Nonnenmacher, Spokesman of the Management Board of KPMG; Prof. Dr. Roland Berger, founder of Roland Berger Strategy Consultants, Dr. Martin Viessmann, owner of the Viessmann corporate group and Dr. Michael Träm, CEO of Arthur D. Little International, accepted the organizers' invitation.  Official representatives of the FrankfurtRheinMain region were the member of the Frankfurt City Council (*Stadtrat*) Boris Rhein, Lutz Raettig, *Magistrat* of the City of Frankfurt and Peter Walter, *Landrat* of the district  of Offenbach.

"The impressive presence of international business leaders at our reception in Davos confirms the great attraction of FrankfurtRheinMain", said Dr. Hartmut Schwesinger, CEO of FrankfurtRheinMain GmbH International Marketing of the Region.  "In Davos, all of the economic decision-makers meet to exchange views, make new contacts and develop prospects for the future.  Especially in difficult economic times, it is important to fly the flag and strengthen the FrankfurtRheinMain business region by means of active promotion."

**FrankfurtRheinMain GmbH International Marketing of the Region**
is the inward investment agency for the FrankfurtRheinMain region.  The company's mission is to inform foreign companies about the economic advantages of the region and to attract them to the region, to promote the region's ability to compete at international level, and to strengthen the perception of the region abroad.  By setting up FrankfurtRheinMain GmbH International

*Courtesy Translation*

Marketing of the Region, the business region can now confidently face up to international competition.

FrankfurtRheinMain GmbH International Marketing of the Region provides potential investors with extensive information on locations and detailed sector-specific data, coordinates location selection processes in cooperation with local partners and helps firms to establish contact with the right people. (www.frm-united.de)