# Exhibit 19

Anzeige



FAZJOB.NET   FAZSCHULE   [f] [t]   FAZ.NET   F.A.Z.-E-PAPER   Anmelden   Abo   Newsletter   Mehr

F.A.S.-E-PAPER

HERAUSGEGEBEN VON WERNER D'INKA, BERTHOLD KOHLER, GÜNTHER NONNENMACHER, HOLGER STELTZNER

Anzeige
Brandenburg

Frankfurt 19°

**Frankfurter Allgemeine**
# Politik

Donnerstag, 11. September 2014      VIDEO   THEMEN   BLOGS   ARCHIV

POLITIK   WIRTSCHAFT   FINANZEN   FEUILLETON   GESELLSCHAFT   SPORT   STIL   TECHNIK & MOTOR   WISSEN   REISE   BERUF & CHANCE   RHEIN-MAIN

Home › Politik › Jürgen Grossmann, Wilhelm Harmann: Zwei beliebte Gastgeber in Davos

Anzeige

Jürgen Grossmann, Wilhelm Harmann

# Zwei beliebte Gastgeber in Davos

**Im Vergleich zu den Managern sind die Reihen der selbständigen Unternehmer auf dem Weltwirtschaftsforum in Davos um einiges lichter.**

28.01.2005, von JÜRGEN DUNSCH

Meinungen (0)        ✔ Merken

⭐ Drucken
Empfehlen (0)        Permalink

Mail   [k] 0   🐦 Twittern [0]   g+1

Veröffentlicht:
28.01.2005,
17:02 Uhr

Im Vergleich zu den Managern sind die Reihen der selbständigen Unternehmer auf dem Weltwirtschaftsforum in Davos um einiges lichter. Dennoch bietet der Verleger Hubert Burda vor allem für die deutschen Teilnehmer mit der "Focus Night" und zum Abschluß des Treffens mit dem Skirennen auf dem Weißfluhjoch zwei der gesellschaftlichen Höhepunkte der Woche. Weniger bekannt sind zwei andere Davos-Teilnehmer, die aber ebenfalls seit langem zu Abenden einladen, an denen alte Kontakte gepflegt und neue geschlossen werden können.

Einer ist der Stahlindustrielle Jürgen Großmann. Der 52 Jahre alte Inhaber der Georgsmarienhütte ist zum dreizehntenmal dabei. Zum viertenmal hatte er am Mittwoch zum Buffet mit Meeresfrüchten eingeladen. Ein Blick in die Gästeliste gefällig? Zu den mehr als 70 Anwesenden gehörten VW-Vorstandsmitglied Peter Hartz, Hochtief-Chef Hans-Peter Keitel, EnBW-Vorstandsvorsitzender Utz Claassen, Allianz-Vorstand Paul Achleitner sowie der Unternehmensberater Roland Berger. Auch Post-Chef Klaus Zumwinkel wurde kurz gesichtet. Prominentester ausländischer Gast war Robert Kimmitt, der frühere amerikanische Botschafter in Deutschland.

Der stets dynamische Gastgeber war an jenem Abend besonders gut gelaunt. Die boomende Stahlkonjunktur beschert auch der Georgsmarienhütte offenbar schöne Gewinne. Großmann selbst formulierte es verschmitzt so: "Wir verdienen unsere Kapitalkosten - und ein bißchen mehr." Und an die (unsichtbaren) Kritiker an den hohen Stahlpreisen gewandt, sagte der Mann, der in Davos früher durch seine farbenprächtigen Norwegerpullover auffiel, man profitiere natürlich von der hohen Nachfrage. Aber bei hohen Ölpreisen in einer Kältewelle frage schließlich auch niemand, ob diese eigentlich von den Kosten her gerechtfertigt seien.

Großmann hatte es nicht immer so leicht wie im Augenblick. 1993 hatte er seinen Vorstandsjob bei den Klöckner-Werken aufgegeben. Der Zwei-Meter-Mann aus Mülheim an der Ruhr wollte die Bürokratie in den Konzernen abschütteln und als Unternehmer "wirklich etwas unternehmen". Die Georgsmarienhütte bei Osnabrück hatte Klöckner schließen wollen. Großmann übernahm sie, zugegebenermaßen mit einem Verlustvortrag von rund 300 Millionen Mark, der ihm auf Jahre hinaus das Zahlen von Steuern ersparte. Die Maxhütte im oberpfälzischen Sulzbach-Rosenberg konnte auch der heute bewunderte Stahlunternehmer nicht retten, aber rund um das Traditionsprodukt, das für den Standort Deutschland schon viele abgeschrieben hatten, baute der Unternehmer der zweiten Lebenshälfte einen Konzern, der

## Kommentar ◉                                    ◀ ▶

### Obamas Linie

Von NIKOLAS BUSSE

Keine großen Interventionskriege mehr: Auch im Kampf gegen den „Islamischen Staat" bleibt der amerikanische Präsident seiner strategischen Grundlinie treu. Womöglich wird Obama aber ein Schicksal mit George W. Bush teilen. Mehr ›    💬 6   ★ 1



Anzeige

## Wahl-O-Mat ◉

stimme zu    neutral    stimme nicht zu

Landtagswahl in Brandenburg ›

Anzeige

## Wahl-O-mat ◉

stimme zu    neutral    stimme nicht zu

Landtagswahl in Thüringen ›

## FAZ.NET-Spezial ◉



Der Erste Weltkrieg ›

heute 35 Betriebe umfaßt. In Davos gehört er seit je zu den diskussionsfreudigsten Teilnehmern.

Am Mittwoch Großmann, einen Abend später lädt der Frankfurter Anwalt Wilhelm Haarmann, Gründungspartner der großen Sozietät Haarmann Hemmelrath in München, ein. Haarmann hatte sich als Berater von Vodafone bei der Übernahme von Mannesmann einen Namen gemacht. Er selbst gilt auf seinen Gebieten des Gesellschafts- und Steuerrechts als Kapazität, auch die Kanzlei befindet sich nach einigen herben Personalverlusten offenbar wieder auf einem guten Weg. Haarmann ist noch etwas länger als Großmann ein Teilnehmer des Weltwirtschaftsforums. Er bittet traditionell in ein Restaurant außerhalb des Ortes. Damit lindert er das Davoser Leiden, das darin besteht, daß die Gäste angesichts ihrer zahlreichen Einladungen von einer Veranstaltung zu anderen "hoppen". Der Kreis ist etwas kleiner, die Atmosphäre familiär. Der in Davos omnipräsente Roland Berger ist wieder da, daneben unter anderen Steigenberger-Chef Karl Schattmaier und Lutz Raettig, der Aufsichtsratsvorsitzende der Investmentbank Morgan Stanley in Deutschland. Den Einflüssen der großen Politik kann sich aber gerade im Forum niemand entziehen. Zur selben Zeit wie Haarmann hatte Bundeskanzler Gerhard Schröder einen ausgewählten Kreis zum Essen geladen. Mehrere Stammgäste des Anwalts mußten daher dem beliebten Abend auf dem Land fernbleiben.

Quelle: Frankfurter Allgemeine Zeitung, 29.01.2005, Nr. 24 / Seite 16

**Zur Homepage** ⌂

|  | K | 0 |  | Twittern | 0 | g+1 | ★ (0) | ⤴ | ✉ | ✓ | 🖨 |

💬 **Lesermeinungen** (0)

**Dieser Beitrag kann nicht mehr kommentiert werden**

–

Themen zu diesem Beitrag: Deutschland | Hans-Peter Keitel | Hubert Burda | VW | Davos | Roland Berger Strategy Consultants | Peter Hartz | Focus Magazin-Verlag | Alle Themen

Hier können Sie die Rechte an diesem Artikel erwerben ›

---

## Weitere Empfehlungen

**Umstellung beim Burda-Magazin**

### Samstag ist Focus-Tag

Keine Fakten mehr zum Wochenbeginn: Der Focus erscheint zur Zeit immer montags, doch ab nächstem Jahr wird er am Wochenende in den Kiosken liegen. Warum ändert Burdas Magazin seinen Erscheinungstag? Mehr › Von MICHAEL HANFELD
10.09.2014, 20:00 Uhr | Feuilleton



Anzeige

### Manche Designs sind einfach Cult

Der neue Fiat 500. Jetzt mit 2.500 € EcoChic Eintauschprämie.* Hier mehr erfahren! Mehr ›



powered by plista ▶

### Belgier zerschießen Amerikas WM-Traum

Die belgischen Fans jubeln, die amerikanischen trauern. Das Team von Trainer Jürgen Klinsmann ist mit einer 2:1 Niederlage im Achtelfinale ausgeschieden. Dabei hatte die Mannschaft mit Barack

---

## Videos & Multimedia: Politik ⊙

| Video | Slideshow | Interaktiv | Galerie |



Obama weitet Kampf gegen den IS aus


Angst vor dem Schotten-Referendum Zum Video ›

Obama und Kerry schmieden Allianz gegen IS Zum Video ›

**Alle Videos** ⊙

Anzeige

## F.A.Z.-Tendenzwende-Konferenz 2013

Wertewandel in Europa? Die Texte der Konferenz - als PDF zum Downloaden. ›

## Nachrichten in 100 Sekunden



## Kolumnen ⊙

**Fraktur** ⊙
Die Sprachglosse

**Stellvertreterkriege** ›

**Harte Bretter** ⊙
Zur Innenpolitik

**In der Gartenlaube** ›

*Courtesy Translation*

Politics

Jürgen Grossmann, Wilhelm Harmann

# Two popular hosts in Davos
## Compared to managers, the number of independent entrepreneurs at the World Economic Forum in Davos is considerably lower

January 28, 2005, by JÜRGEN DUNSCH

Compared to managers, the number of independent entrepreneurs at the World Economic Forum in Davos is considerably lower.  Nonetheless, with the "Focus Night" and a ski race on the Weissfluhjoch summit at the end of the meeting, publisher Herbert Burda offers German participants in particular two of the social highlights of the week.  Less well-known are two other Davos participants, who also have a long history of hosting evenings where old contacts are nurtured and new links can be forged.

*[...]*

Großmann's invitation is for Wednesday, one evening later the Frankfurt-based lawyer Wilhelm Haarmann, founding partner of the large firm Haarmann Hemmelrath in Munich, is the host. Haarmann made a name for himself as the advisor to Vodafone in its takeover of Mannesmann. He himself is considered an authority in his fields of corporate and tax law, while his firm now also appears to be back on track following a number of sharp personnel losses.  Haarmann has been a participant at the World Economic Forum for a little longer than Großmann.  His event is generally held in a restaurant outside Davos, which helps to alleviate the Davos syndrome whereby guests "hop" from one event to the next in light of their numerous standing invitations. The circle of guests is a little smaller, the atmosphere informal.  Roland Berger, omnipresent in Davos, is once again present, alongside such guests as Steigenberger head Karl Schattmaier and Lutz Raettig, Chairman of the Supervisory Board of investment bank Morgan Stanley in Germany.  Especially at the Forum, no-one can escape the influences of big politics.  At the same time as Haarmann, German Chancellor Gerhard Schröder had invited a select group to dinner. Several of the lawyer's regular guests were therefore unable to attend this popular evening.