# Exhibit 20



**International Court of Arbitration • Cour internationale d'arbitrage**

12. Juni 2013/ ifn – afo

**15362/JHN/GFG**

DR. ANDREAS RINGSTMEIER in seiner Eigenschaft als Insolvenzverwalter über das Vermögen der AGFAPHOTO GMBH i.L. (Deutschland) **vs/ 1.** AGFA-GEVAERT NV & CO. KG (Deutschland) **2.** AGFA-GEVAERT HEALTHCARE GMBH (Deutschland) **3.** AGFA-GEVAERT GRAPHICS SYSTEMS GMBH (Deutschland) **4.** AGFA-GEVAERT N.V. (Belgien)

| | | |
|---|---|---|
| **Referent: Herr Gustav Flecke-Giammarco** | **(Tel:** | **+ 33 1 49 53 28 83)** |
| **Stellvertretende Referentin: Frau Alma Forgó** | **(Tel:** | **+ 33 1 49 53 28 85)** |
| | **(Fax:** | **+ 33 1 49 53 57 77)** |
| | **(E-Mail:** | **ica3@iccwbo.org)** |

Herrn Dr. Arndt Overlack
BAAS OVERLACK WITZ
Erzbergerstr. 5
68165 Mannheim
Deutschland

*Per E-Mail: arndt.overlack@baas-overlack.de*

Herrn Dr. Georg von Segesser
SCHELLENBERG WITTMER
Löwenstr. 19
Postfach 1876
8021 Zürich
Schweiz

*Per E-Mail: georg.vonsegesser@swlegal.ch*

Herrn Prof. Dr. Paul Oberhammer
UNIVERSITÄT WIEN
Institut für Zivilverfahrensrecht
Schenkenstr. 8-10
1010 Wien
Österreich

*Per E-Mail: paul.oberhammer@univie.ac.at*

Herrn Prof. Dr. Siegfried H. Elsing
ORRICK, HERRINGTON & SUTCLIFFE LLP
Orrick-Haus
Heinrich-Heine-Allee 12
40213 Düsseldorf
Deutschland

*Per E-Mail: selsing@orrick.com*
…/…

**ICC International Court of Arbitration • Cour internationale d'arbitrage de la CCI**
38 Cours Albert 1er, 75008 Paris, France
Tel +33 (0)1 49 53 28 28  Faxes +33 (0)1 49 53 29 29 / +33 (0)1 49 53 29 33
E-mail arb@iccwbo.org  Website www.iccarbitration.org

**15362/JHN/GFG**                                                                                 **Seite 2**

Herrn Dr. Benedikt Burger
ORRICK, HERRINGTON & SUTCLIFFE LLP
Friedrichstr. 31
60323 Frankfurt am Main
Deutschland

*Per E-Mail: bburger@orrick.com*

Herrn Robert T. Greig
Herrn Aren Goldsmith
CLEARY GOTTLIEB STEEN & HAMILTON LLP
12, rue de Tilsitt
75008 Paris
Frankreich

*Per E-Mail: rgreig@cgsh.com*
*agoldsmith@cgsh.com*

Herrn Thomas M. Buhl
Herrn Klaus Banke
Herrn Larry Work-Dembowski
CLEARY GOTTLIEB STEEN & HAMILTON LLP
Main Tower
Neue Mainzer Str. 52
60311 Frankfurt am Main
Deutschland

*Per E-Mail: tbuhl@cgsh.com*
*kbanke@cgsh.com*
*lwork-dembowski@cgsh.com*

Sehr geehrte Herren,

wir teilen Ihnen mit, dass der Generalsekretär am 12. Juni 2013 gemäß Artikel 9(2) SchO Herrn Dr. Arndt Overlack auf Vorschlag der Klägerin und in Ersetzung des ausgeschiedenen Mitschiedsrichters Wilhelm Haarmann bestätigt hat.

Anbei finden Sie die Annahme- und Unabhängigkeitserklärung sowie den Lebenslauf von Herrn Dr. Overlack.

Wie in Artikel 9(2) SchO vorgesehen, wird der Schiedsgerichtshof in einer seiner nächsten Sitzungen von der Bestätigung unterrichtet werden.

Sobald wir die Akte von Herrn Prof. Dr. Haarmann erhalten haben, werden wir diese gemäß Artikel 13 SchO unverzüglich an Herrn Dr. Overlack weiterleiten.

Mit freundlichen Grüßen

Alma Forgó
Stellvertretende Referentin
Sekretariat des Internationalen Schiedsgerichtshofs der ICC

Anlagen:      - Annahme- und Unabhängigkeitserklärung von Herrn Dr. Overlack
                     - Lebenslauf von Herrn Dr. Overlack



**International Court of Arbitration** ● **Cour internationale d'arbitrage**

12 June 2013/ ifn – afo

**15365/JHN/GFG**

DR. ANDREAS RINGSTMEIER in his capacity as Insolvency Receiver over the assets of AGFAPHOTO GMBH (i.l.) (Germany) **vs/ 1.** AGFA HEALTHCARE N.V., formerly trading as AGFA EUROPE N.V. (Belgium) **2.** AGFA-GEVAERT GES.M.B.H. (Austria) **3.** AGFA S.R.O. (Czech Republic) **4.** AGFA-GEVAERT S.A. (France) **5.** AGFA DEUTSCHLAND VERTRIEBSGESELLSCHAFT MBH & CIE (Germany) **6.** AGFA HUNGARIA KFT. (Hungary) **7.** AGFA-GEVAERT LDA. (Portugal) **8.** AGFA-GEVAERT S.A. (Spain) **9.** AGFA-GEVAERT AG/SA (Switzerland) **10.** AGFA GRAPHICS N.V., formerly trading as AGFA BELGIË N.V. (Belgium) **11.** OY AGFA-GEVAERT AB (Finland) **12.** AGFA-GEVAERT B.V. (The Netherlands) **13.** AGFA GEVAERT AB (Sweden) **14.** AGFA-GEVAERT LTD. (UK) (United Kingdom)

| | | |
|---|---|---|
| **Counsel: Mr Gustav Flecke-Giammarco** | **(Tel:** | **+ 33 1 49 53 28 83)** |
| **Deputy Counsel: Ms Alma Forgó** | **(Tel:** | **+ 33 1 49 53 28 85)** |
| | **(Fax:** | **+ 33 1 49 53 57 77)** |
| | **(Email:** | **ica3@iccwbo.org)** |

Dr Georg von Segesser
SCHELLENBERG WITTMER
Löwenstr. 19
P.O. Box 1876
8021 Zurich
Switzerland

*By email: georg.vonsegesser@swlegal.ch*

Dr Arndt Overlack
BAAS OVERLACK WITZ
Erzbergerstr. 5
68165 Mannheim
Germany

*By email: arndt.overlack@baas-overlack.de*

Professor Paul Oberhammer
UNIVERSITY OF VIENNA
Institut für Zivilverfahrensrecht
Schenkenstr. 8-10
1010 Vienna
Austria

*By email: paul.oberhammer@univie.ac.at*
…/…

**ICC International Court of Arbitration** ● **Cour internationale d'arbitrage de la CCI**
38 Cours Albert 1er, 75008 Paris, France
Tel +33 (0)1 49 53 28 28  Faxes +33 (0)1 49 53 29 29 / +33 (0)1 49 53 29 33
E-mail arb@iccwbo.org  Website www.iccarbitration.org

**15365/JHN/GFG**                                                                    **Page 2**

Professor Siegfried H. Elsing
ORRICK HERRINGTON & SUTCLIFFE LLP
Orrick-Haus
Heinrich-Heine-Allee 12
40213 Düsseldorf
Germany

*By email: selsing@orrick.com*


Dr Benedikt Burger
ORRICK HERRINGTON & SUTCLIFFE LLP
Friedrichstr. 31
60323 Frankfurt am Main
Germany

*By email: bburger@orrick.com*


Mr Robert T. Greig
Mr Aren Goldsmith
CLEARY GOTTLIEB STEEN & HAMILTON LLP
12, rue de Tilsitt
75008 Paris
France

*By email: rgreig@cgsh.com*
*agoldsmith@cgsh.com*


Mr Thomas M. Buhl
Mr Klaus Banke
Mr Larry Work-Dembowski
Ms Annett Rombach
CLEARY GOTTLIEB STEEN & HAMILTON LLP
Main Tower
Neue Mainzer Str. 52
60311 Frankfurt am Main
Germany

*By email: tbuhl@cgsh.com*
*kbanke@cgsh.com*
*lwork-dembowski@cgsh.com*
*arombach@cgsh.com*


Dear Madame and Sirs,

The Secretariat of the ICC International Court of Arbitration ("Secretariat") informs you that, pursuant to Article 9(2) of the ICC Rules of Arbitration ("Rules"), the Secretary General confirmed on 12 June 2013 Dr Arndt Overlack as co-arbitrator upon Claimant's nomination and in replacement of Dr Haarmann.

A copy of the Statement of Acceptance, Availability and Independence and the *curriculum vitae* of Dr Overlack is enclosed for your information.

As provided in Article 9(2) of the Rules, such confirmation shall be reported to the ICC International Court of Arbitration ("Court").

…/…

The Secretariat will transmit the file to Dr Overlack upon receipt thereof from Dr Haarmann, in accordance with Article 13 of the Rules.

Yours faithfully,

Alma Forgó
Deputy Counsel
Secretariat of the ICC International Court of Arbitration

Encl:    - Statement of Acceptance, Availability and Independence of Dr Overlack
         - *Curriculum vitae* of Dr Overlack