# Exhibit 21

Contact



# Consultancy.uk
### Online platform for the consulting industry

## Roland Berger
### Strategy Consultants

| Home | News | Consulting Firms | Reports | Events | Jobs | Career | Consulting Industry | Services |

# 7 Roland Berger restructuring experts off to McKinsey & Co

7 januari 2014 | Consultancy.uk

In Germany McKinsey & Co has attracted seven highly experienced restructuring experts from their former rival company Roland Berger Strategy Consultants. The cause for this mini carve-out: McKinsey announced the restructuring service as a strategic growth-stimulator. This act deserves no bouquets though, for the reason that, according to the German Manager Magazin, only after a legal struggle could this 'hijacking' be finalized; the German platform.

For Roland Berger restructuring is one of its key competency's and is an area where – especially in its home market Germany – it has been able to outperform competitors McKinsey, BCG and Bain. Yet, over the past year Roland Berger has had a difficult time. This can be ascribed to the strategic reorientation it went through. This period was characterized by great uncertainty within the advisory firm. For McKinsey this was the ideal moment for seizing their opportunity, according  Manager Magazine. It has convinced four partners (Max Falkenberg, Nils Kuhlwein of Rathe, Klaus Kremers and Timo Kamp) and three principals to make the controversial move from the German-based firm to its own German country corporation.



With an approximate €700 million turnover McKinsey & Company is the market leader in the German consulting market. By the beginning of this year, it is led by the newly appointed Cornelius Baur, succeeding Frank Mattern, who in turn was promoted to a prominent global role. Last year, McKinsey launched an ambitious growth plan – as for example, this year alone the company will grow with a staggering 8%. During December last year, this strategy clearly set its marks – it added 14 new partners to its team consisting of 169 partners (at McKinsey known as Directors). From a competency viewpoint, Corporate Strategy, Restructuring and It Strategy (which includes its Big Data offering) have been moved forward as the key growth areas.

Only three years ago, McKinsey launched a solid restructuring practice in Germany, and at this moment with the complementation of the seven Roland Berger experts, it has a dozen partners and many (senior) consultants specialized in this field.



### Roland Berger
Despite the 'damage' it delivered to its direct rival, Roland Berger still can rely on the largest



| Latest | Popular | Featured |

BCG: Labour mismatch risks 10 trillion of unrealised G

Consulting industry of Australia grows to 4.2 billion

9 consulting firms in top 30 Apprenticeships of UK

McKinsey partner of FT Business Book of the Year Award

Deloitte: Smartphones turning into addiction for major

Baker Tilly Virchow Krause merges with ParenteBeard

Ex KPMG and Accenture partner Herman Heyns joins EY

## Consultancy.uk
### Online platform for the consulting industry
### News · Jobs · Events · Market Information

More details »

| Select topic within consulting market ▼ |
| Select an industry ▼ |
| Select an expertise area ▼ |
| Select a theme ▼ |

## More Restructuring

Deloitte helps Mamas & Papas with restructuring plan

PwC consultants help Monarch with restructuring plan

7 Roland Berger restructuring experts off to McKinsey

Roland Berger launches restructuring corporate finance

Roland Berger helps Belgium with Caterpillar restructu

Demand for restructuring and turnround consultants on

Accenture is helping Indian bank with strategic transf

Deloitte buys restructuring specialist CRG Partners

## More Consulting sector

Consulting industry of Australia grows to 4.2 billion

Vault: Top 50 global management consulting firms

Eastern European consulting market grows by 7 percent

9% growth for Russian management consulting market

Big 4 PwC plans to double its workforce in Africa

Online consulting platform Consultancy.uk launches in

restructuring practice in the country. Known to be one of the core business lines within the company, it is estimated it has like 165 advisors being active in this field. Two months ago, it reorganized its Restructuring practice, combining it with its Corporate Finance offering, and struck a partnership with Karl Kraus & Partners, a boutique specialist headed by ex-Roland Berger veteran Karl Kraus.

 

| 0 | 0 | | 0 |

Tweet  Like  Share  g+1

Tags:  McKinsey & Company | Restructuring | Consulting sector | People |

 Forward this article     Print this page     Tip the editors

## Consultancy News



### BCG: Labour mismatch risks 10 trillion of unrealised GDP

The mismatch of labour in the world's wealthiest countries will, in the coming decades, cost the society dearly. If countries do not manage to close the demand and supply gap, up to $10 trillion of unrealised GPD is at risk »



### Consulting industry of Australia grows to 4.2 billion

The Australian consulting market has last year grown by 2%, taking the total value of the market to an estimated $4.2 billion. For 2014 the rate of growth is expected to increase slightly to about 3%, concludes Source »

« Previous                                                                Next »

## McKinsey & Company News



### McKinsey partner of FT Business Book of the Year Award

McKinsey & Company has become partner of the 'Financial Times Business Book of the Year Award'. This year the organisers have in addition launched a new award: the 'Bracken Bower Prize', co-named after Marvin Bower »



### Vault: Top 50 global management consulting firms

Bain & Company, McKinsey & Company and The Boston Consulting Group (BCG) are globally the best consulting firms to work for, according to the just released 'Vault Consulting 50' ranking. An overview of the top 50 »

« Previous                                                                Next »

Italian and Spanish consulting markets return to growt

US consulting industry grows to market size of 41.5 bi

**More People**

Ex KPMG and Accenture partner Herman Heyns joins EY

Barclays restructuring head Senthil Alagar joins A&M

Towers Watson appoints Andre Czanik to APAC MT role

Randy Miller Global head of EY Automotive practice

KPMG adds 52 new partners, one-third are female

Grant Thornton Isle of Man adds four trainees to team

Andy Monteith moves to Chelmsford office of Baker Till

Former Booz Allen partner Charles Teschner joins BCG

      

| **Consulting Industry** | **For Consultants** | **For Students** | **For Clients** | **Consultancy.uk** |
|---|---|---|---|---|
| Consulting Firms | Consulting Market News | Career in Consulting | Consulting Services | About us |
| EU Consulting Market | News per Industry | Graduate Jobs | Consulting Firms | Contact us |
| UK Consulting Market | News per Expertise Area | Traineeships | Research Reports | Tip the editors |
| Consulting Services | Consulting Jobs | Internships | News per Industry | Advertisement |
| Fees & Rates | Interviews with consultants | Recruitment Events | News per Expertise Area | Disclaimer |

*Consultancy.uk is the leading online platform for the management consulting industry in the UK.*