# Exhibit 25

CLEARY GOTTLIEB STEEN & HAMILTON LLP

MAIN TOWER
NEUE MAINZER STRASSE 52
60311 FRANKFURT AM MAIN
+ 49 (69) 97103-0
TELEFAX + 49 (69) 97103-199
WWW.CLEARYGOTTLIEB.COM

NEW YORK • WASHINGTON, DC • PARIS • BRÜSSEL • LONDON
KÖLN • MOSKAU • ROM • MAILAND • HONGKONG
PEKING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

FRANKFURT AM MAIN

THOMAS M. BUHL
RECHTSANWALT
AVOCAT AU BARREAU DE PARIS

PROF. DR. RICHARD KREINDLER
ATTORNEY AT LAW (USA)
MEMBER OF THE NEW YORK BAR
AVOCAT AU BARREAU DE PARIS

DR. STEPHAN BARTHELMESS
RECHTSANWALT
MEMBER OF THE NEW YORK BAR

WARD A. GREENBERG
ATTORNEY AT LAW (USA)
MEMBER OF THE NEW YORK BAR

DR. KLAUS RIEHMER
RECHTSANWALT

DR. GABRIELE APFELBACHER
RECHTSANWÄLTIN
MEMBER OF THE NEW YORK BAR

DR. THOMAS KOPP
RECHTSANWALT

DR. J.F. DANIEL WEYDE
RECHTSANWALT, STEUERBERATER
MEMBER OF THE NEW YORK BAR

DR. TILL MÜLLER-IBOLD
RECHTSANWALT
AVOCAT AU BARREAU DE BRUXELLES

HANNO SPERLICH
RECHTSANWALT

DR. OLIVER SCHRÖDER
RECHTSANWALT

MANUEL METZNER*
RECHTSANWALT
MEMBER OF THE NEW YORK BAR

KÖLN△

DR. WOLFGANG KNAPP*
RECHTSANWALT
AVOCAT AU BARREAU DE BRUXELLES

PROF. DR. DIRK SCHROEDER
RECHTSANWALT

DR. ROMINA POLLEY
RECHTSANWÄLTIN

PATRICK R. BOCK
ATTORNEY AT LAW (USA)
MEMBER OF THE DC AND ILLINOIS BARS

DR. MICHAEL BREMS*
RECHTSANWALT
MEMBER OF THE NEW YORK BAR

SILKE HEINZ*
RECHTSANWÄLTIN

DR. TILMAN KUHN*
RECHTSANWALT

RÜDIGER HARMS*
RECHTSANWALT

22. Mai 2014

<u>PER E-MAIL</u>

Dr. Georg von Segesser                    Dr. Arndt Overlack
Schellenberg Wittmer                       Baas Overlack Witz, Rechtsanwälte
Löwenstraße 19                             Erzbergerstraße 5
Postfach 1876                              68165 Mannheim
8021 Zürich
Schweiz

Prof. Dr. Paul Oberhammer
Universität Wien
Schenkenstraße 8-10
1010 Wien
Österreich

      Betr:   <u>ICC Schiedsverfahren Nr. 15362/JHN/GFG</u>

Sehr geehrter Herr Vorsitzender, sehr geehrte Herren Mitglieder des Schiedsgerichts,

die Schiedsbeklagten nehmen Bezug auf das Schreiben des Schiedsklägers vom 16. Mai 2014.

Sie danken dem Schiedskläger zunächst für die Klarstellung, dass weder er noch seine Verfahrensbevollmächtigten oder Gutachter Kontakt mit Herrn Falckenberg ohne die gleichzeitige Anwesenheit des vollständig besetzten Schiedsgerichts gehabt haben.

*KEIN PARTNER DER LLP

△THEODOR-HEUSS-RING 9  50668 KÖLN  +49 (221) 80040-0  TELEFAX +49 (221) 80040-199

CLEARY GOTTLIEB STEEN & HAMILTON LLP IST EINE *LIMITED LIABILITY PARTNERSHIP* NACH DEM RECHT DES STAATES NEW YORK, USA. DIE PERSÖNLICHE HAFTUNG DER PARTNER IST IN DEM IM STAAT NEW YORK GESETZLICH GEREGELTEN UMFANG BESCHRÄNKT DIE BÜROS AN DEN O.G. STANDORTEN WERDEN VON CLEARY GOTTLIEB STEEN & HAMILTON LLP ODER EINEM VERBUNDENEN UNTERNEHMEN BETRIEBEN.

Angesichts des kürzlich zutage getretenen Sachverhalts im Zusammenhang mit der Bestellung von Herrn Hellbardt, bezüglich dessen der Schiedskläger in seinem Schreiben vom 25. November 2013 zuvor angegeben hatte, *„im Sinne größtmöglicher Transparenz"* sämtliche relevanten Umstände offengelegt zu haben, halten es die Schiedsbeklagten dennoch für sinnvoll, Herrn Falckenberg selbst um eine Stellungnahme darüber zu bitten, ob dieser ggf. Kontakte zu anderen Beteiligten in diesem Schiedsverfahren ohne die gleichzeitige Anwesenheit des vollständig besetzten Schiedsgerichts hatte.

Relevant sind in diesem Zusammenhang nicht nur Kontakte zum Schiedskläger und dessen Verfahrensbevollmächtigten bzw. Gutachtern selbst, sondern insbesondere auch etwaige verfahrensbezogene Kontakte zu dem ehemaligen Mitschiedsrichter Prof. Haarmann. Diesbezüglich verweisen die Schiedsbeklagten auf den Umstand, dass Herr Falckenberg kurze Zeit bevor das Schiedsgericht ihn erstmals als Gutachterkandidaten vorschlug, an einer Konferenz in den Kanzleiräumen von Prof. Haarmann teilgenommen hat. Als Vorsichtsmaßnahme ersuchen die Schiedsbeklagten die Offenlegung durch Herrn Falkenberg daher auch dahingehend, ob er oder einer seiner Kollegen von Roland Berger anlässlich der Konferenz oder zu einer anderen Gelegenheit mit Prof. Haarmann über den Inhalt dieses Schiedsverfahrens gesprochen hat. Eine solche Auskunft durch Herrn Falckenberg ist ohne größere Belastungen oder Aufwand zu erlangen.

Die Schiedsbeklagten ersuchen das Schiedsgericht mithin höflich, Herrn Falckenberg aufzufordern, etwaige Kontakte der oben beschriebenen Art und deren genaue Inhalte offenzulegen.

Mit freundlichen Grüßen

Thomas M. Buhl
Rechtsanwalt

cc:     Herr Gustav Flecke-Giammarco
        Dr. Andrea Meier
        Prof. Dr. Siegfried Elsing
        Dr. Benedikt Burger

2

CLEARY GOTTLIEB STEEN & HAMILTON LLP

MAIN TOWER

NEUE MAINZER STRASSE 52

60311 FRANKFURT AM MAIN

+ 49 (69) 97103-0

TELEFAX + 49 (69) 97103-199

WWW.CLEARYGOTTLIEB.COM

NEW YORK • WASHINGTON, DC • PARIS • BRÜSSEL • LONDON
KÖLN • MOSKAU • ROM • MAILAND • HONGKONG
PEKING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

FRANKFURT AM MAIN

THOMAS M. BUHL
RECHTSANWALT
AVOCAT AU BARREAU DE PARIS

PROF. DR. RICHARD KREINDLER
ATTORNEY AT LAW (USA)
MEMBER OF THE NEW YORK BAR
AVOCAT AU BARREAU DE PARIS

DR. STEPHAN BARTHELMESS
RECHTSANWALT
MEMBER OF THE NEW YORK BAR

WARD A. GREENBERG
ATTORNEY AT LAW (USA)
MEMBER OF THE NEW YORK BAR

DR. KLAUS RIEHMER
RECHTSANWALT

DR. GABRIELE APFELBACHER
RECHTSANWÄLTIN
MEMBER OF THE NEW YORK BAR

DR. THOMAS KOPP
RECHTSANWALT

DR. J.F. DANIEL WEYDE
RECHTSANWALT, STEUERBERATER
MEMBER OF THE NEW YORK BAR

DR. TILL MÜLLER-IBOLD
RECHTSANWALT
AVOCAT AU BARREAU DE BRUXELLES

HANNO SPERLICH
RECHTSANWALT

DR. OLIVER SCHRÖDER
RECHTSANWALT

MANUEL METZNER*
RECHTSANWALT
MEMBER OF THE NEW YORK BAR

KÖLN △

DR. WOLFGANG KNAPP*
RECHTSANWALT
AVOCAT AU BARREAU DE BRUXELLES

PROF. DR. DIRK SCHROEDER
RECHTSANWALT

DR. ROMINA POLLEY
RECHTSANWÄLTIN

PATRICK R. BOCK
ATTORNEY AT LAW (USA)
MEMBER OF THE DC AND ILLINOIS BARS

DR. MICHAEL BREMS*
RECHTSANWALT
MEMBER OF THE NEW YORK BAR

SILKE HEINZ*
RECHTSANWÄLTIN

DR. TILMAN KUHN*
RECHTSANWALT

RÜDIGER HARMS*
RECHTSANWALT

*Courtesy Translation*

May 22, 2014

<u>VIA EMAIL</u>

Dr. Georg von Segesser                    Dr. Arndt Overlack
Schellenberg Wittmer                      Baas Overlack Witz, Attorneys-at-Law
Löwenstraße 19                            Erzbergerstraße 5
P.O. Box 1876                             68165 Mannheim
8021 Zurich
Switzerland

Prof. Dr. Paul Oberhammer
University of Vienna
Schenkenstraße 8-10
1010 Vienna
Austria

    Re:   <u>ICC Arbitration No. 15362/JHN/GFG</u>

Dear Mr. Chairman, dear Members of the Arbitral Tribunal,

Respondents refer to Claimant's letter of May 16, 2014.

First, Respondents would like to thank Claimant for the clarification, that neither it nor its authorized representatives nor its experts had contact with Mr. Falckenberg without the concurrent presence of the entire Tribunal.

*KEIN PARTNER DER LLP

△ THEODOR-HEUSS-RING 9  50668 KÖLN  +49 (221) 80040-0  TELEFAX +49 (221) 80040-199

CLEARY GOTTLIEB STEEN & HAMILTON LLP IST EINE *LIMITED LIABILITY PARTNERSHIP* NACH DEM RECHT DES STAATES NEW YORK,
USA. DIE PERSÖNLICHE HAFTUNG DER PARTNER IST IN DEM IM STAAT NEW YORK GESETZLICH GEREGELTEN UMFANG BESCHRÄNKT
DIE BÜROS AN DEN O.G. STANDORTEN WERDEN VON CLEARY GOTTLIEB STEEN & HAMILTON LLP ODER EINEM VERBUNDENEN
UNTERNEHMEN BETRIEBEN.

Given the facts which recently emerged in connection with the appointment of Mr. Hellbardt, concerning that which Claimant had previously stated in its letter of November 25, 2013, to have disclosed all relevant conditions "*in the spirit of the best possible transparency*" ("*im Sinne größtmöglicher Transparenz*"), it seems appropriate to Respondents' to nonetheless request that Mr. Falckenberg himself provide a statement as to whether or not he possibly had contacts with other participants in this proceeding without the concurrent presence of the entire Tribunal.

Relevant in this connection are not only contacts with Claimant and its authorized representatives or its experts themselves, but also possible contacts with regard to the proceedings with Prof. Haarmann as a former member of the Tribunal in particular. In this connection, Respondents refer to the circumstance that shortly prior to Mr. Falckenberg's first being mentioned as an expert candidate by the Tribunal, he participated in a conference in Prof. Haarmann's law offices. As a precautionary measure Respondents request Mr. Falckenberg's disclosure also to the extent as to whether he or a colleague of his from Roland Berger used the occasion of the conference or a different opportunity to talk with Prof. Haarmann about the contents of this proceeding. Such a statement from Mr. Falckenberg can be obtained without too much encumbrance or expense.

Thus Respondents kindly request that the Tribunal calls upon Mr. Falckenberg to disclose possible contacts as described above and their exact contents.

Yours sincerely,

Thomas M. Buhl
Attorney-at-Law

cc:    Mr. Gustav Flecke-Giammarco
       Dr. Andrea Meier
       Prof. Dr. Siegfried Elsing
       Dr. Benedikt Burger

2