Exhibit 27

CLEARY GOTTLIEB STEEN & HAMILTON LLP

MAIN TOWER

NEUE MAINZER STRASSE 52

60311 FRANKFURT AM MAIN

+ 49 (69) 97103-0

FACSIMILE + 49 (69) 97103-199

WWW.CLEARYGOTTLIEB.COM

NEW YORK • WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

**FRANKFURT AM MAIN**

CHRISTOF VON DRYANDER
RECHTSANWALT
MEMBER OF THE DC BAR

THOMAS M. BUHL
RECHTSANWALT
AVOCAT AU BARREAU DE PARIS

DR. STEPHAN BARTHELMESS
RECHTSANWALT
MEMBER OF THE NEW YORK BAR

WARD A. GREENBERG
ATTORNEY AT LAW (USA)
MEMBER OF THE NEW YORK BAR

DR. KLAUS RIEHMER
RECHTSANWALT

DR. GABRIELE APFELBACHER
RECHTSANWÄLTIN
MEMBER OF THE NEW YORK BAR

DR. THOMAS KOPP
RECHTSANWALT

DR. J.F. DANIEL WEYDE
RECHTSANWALT, STEUERBERATER
MEMBER OF THE NEW YORK BAR

DR. TILL MÜLLER-IBOLD
RECHTSANWALT
AVOCAT AU BARREAU DE BRUXELLES

DR. WERNER MEIER
RECHTSANWALT
MEMBER OF THE NEW YORK BAR

HANNO SPERLICH
RECHTSANWALT

**COLOGNE\***

DR. WOLFGANG KNAPP
RECHTSANWALT
AVOCAT AU BARREAU DE BRUXELLES

PROF. DR. DIRK SCHROEDER
RECHTSANWALT

DR. JÜRGEN J. SIEGER
RECHTSANWALT

DR. ROMINA POLLEY
RECHTSANWÄLTIN

DR. OLIVER SCHRÖDER
RECHTSANWALT

April 18, 2011

VIA ELECTRONIC MAIL

Dr. Georg von Segesser                      Prof. Dr. Paul Oberhammer
Schellenberg Wittmer                         Universität Wien
Löwenstrasse 19,                             Schenkenstrasse 8-10
P.O. Box 1876                                1010 Wien
8021 Zürich                                  Austria
Switzerland

Herrn Dr. Wilhelm Haarmann
Haarmann Partnergesellschaft
Neue Mainzer Straße 75
60311 Frankfurt am Main

Re:   ICC Arbitrations No. 15362/JHN & 15365/JHN

Dear Mr. Chairman and Members of the Tribunal,

We write on behalf of Respondents in the above-listed arbitrations and in reference to Procedural Orders No. 20 (15362) and 23 (15365). We respectfully provide herewith Respondents' comments on the candidates proposed in those Orders to serve as the Tribunal-designated expert for purpose of analyzing the issues described therein.

- Max Falckenberg

Based on the information provided by the Tribunal and currently available to us, Respondents do not perceive a conflict of interest with respect to Mr. Falckenberg.

*THEODOR-HEUSS-RING 9   50668 COLOGNE   +49 (221) 80040-0   FACSIMILE +49 (221) 80040-199

CLEARY GOTTLIEB STEEN & HAMILTON LLP IS A LIMITED LIABILITY PARTNERSHIP ESTABLISHED UNDER THE LAWS OF THE STATE OF NEW YORK, USA. THE PERSONAL LIABILITY OF THE PARTNERS IS LIMITED TO THE EXTENT PROVIDED IN SUCH LAWS.

ICC Arbitrations No. 15362/JHN & 15365/JHN, p. 2

- Jan-Dominik Remmen

Respondents object to the appointment of Mr. Remmen as the Tribunal's expert. In addition to the connection between Mr. Remmen and Professor Haarmann's former law firm described in the Procedural Orders, Respondents are concerned as to the independence and impartiality of this expert candidate in view of the close connection between his accounting firm and the AgfaPhoto group. Specifically, Deloitte served as accountants for the AgfaPhoto Group, including AgfaPhoto GmbH and its subsidiaries.

In light of his firm's close connection with the AgfaPhoto Group, it would be inappropriate for the Tribunal to appoint Mr. Remmen as its expert in these proceedings.

- Axel Koch

The materials about Mr. Koch provided by the Tribunal, as well as the limited publicly available materials that Respondents have been able to access on the Internet, leave Respondents unable to comment at this time on the qualifications of Mr. Koch to serve as an expert in these proceedings. The background materials provided to the parties for review contain only cursory information about his education and current position at his firm. After undertaking additional research in an effort to locate information regarding this candidate, counsel for Respondents were unable to locate any additional information about Mr. Koch's qualifications, experience, or specialized practice, including on his firm's website (which provides only a photo of the candidate). As such, insufficient information exists at this time to enable an informed evaluation of the candidate.

Respondents therefore request either that the candidate be removed from consideration or that additional disclosure be provided regarding his qualifications before a decision is taken to appoint him as the Tribunal's expert.

- Marcus Bartl

Respondents object to the appointment of Mr. Bartl as the Tribunal's expert. As an initial matter, Respondents have doubts about the level of Mr. Bartl's expertise in light of his relative youth and inexperience. According to his CV submitted to the ICC's International Centre for Expertise, Mr. Bartl has been employed professionally for less than a decade, has been a "Tax Consultant" only since 2005, and a "Certified Valuation Analyst" for less than one year. Moreover, there is no evidence that Mr. Bartl has been recognized by peers as an established expert in his field, for instance through professional appointments or publication of peer-reviewed articles. As such, it is unlikely that Mr. Bartl possesses the skills and experience needed to address the questions at issue here.

Moreover, a genuine concern about this candidate's independence exists in light of his firm's close connection with AgfaPhoto Holding GmbH. In the 14802 Arbitration brought by AgfaPhoto Holding GmbH on theories similar to those advanced by Claimant here, the Swiss arm of Mr. Bartl's firm served as party-appointed expert for AgfaPhoto Holding GmbH. The expertise offered by BDO in that proceeding addressed, among other things, the Purchaser's business plans, its liquidity planning, its financing planning (including in particular the AgfaPhoto Group's factoring arrangements), and the purchase price for the CI division.

ICC Arbitrations No. 15362/JHN & 15365/JHN, p. 3

Mr. Bartl's assertion in his disclosure to the ICC International Centre for Expertise that the Swiss arm of BDO is "not affiliated to BDO Austria GmbH," cannot overcome the concerns about Mr. Bartl's ability to serve independently.  Although Mr. Bartl describes the firm's branches as "not affiliated" with one another, the BDO website takes a different view.  For example, the BDO group's website explains:

> *Our [BDO's] commitment to knowledge and best practice sharing means that expertise is easily shared across the network. Our common methodologies and IT platform ensure effective and efficient service delivery to all our clients.*[1]

Even Mr. Bartl's own Austrian branch of BDO touts the benefits of its close connection with the rest of the BDO group:

> *Durch die Einbindung in das leistungsfähige Netzwerk der BDO International ist BDO Austria GmbH die erste Adresse für alle international tätigen Unternehmen...*[2]

Furthermore, the individual from BDO who worked for AgfaPhoto Holding GmbH in the 14802 Arbitration is now, according to his CV on the BDO Visura website, "*Chairman des BDO Councils, des formell höchsten Organes des weltweiten BDO Netzwerks.*"[3]  In light of the "world wide" nature of this position, it must be assumed that Mr. Bartl and the Austrian arm of BDO would not be wholly isolated from AgfaPhoto Holding GmbH's expert.  To the contrary, there is a serious and justified concern that Mr. Bartl, as a junior member of the BDO team, could not avoid being influenced by the prior work for AgfaPhoto Holding GmbH of one of BDO's most senior partners.

In light of these facts, it would be improper for Mr. Bartl to be appointed as the Tribunal's expert in these proceedings.

Sincerely,

Thomas M. Buhl

cc:    Prof. Dr. Siegfried Elsing
       Dr. Benedikt Burger
       Dr. Andrea Meier
       Mr. Jan Heiner Nedden

---

[1] http://www.bdointernational.com/BDOGCO/website/BDOGCO/website.nsf/pages/aboutus

[2] http://www.bdo.at/

[3] http://www.bdo.ch/fileadmin/user_upload/download/PDF_Dokumente/GL_Portraets/Schiesser_Werner.pdf