Exhibit 28



**Corporate Responsibility**

The business of business is more than business. We strive for a positive impact on our clients, employees - and our societies. As good corporate citizens we engage in numerous pro bono activities. >>

**History**

Today, strategy consulting in Germany and Europe wouldn't be the same without our founder Roland Berger. The success story of our renowned international company begins in a Munich laundry. >>

*Aug 24, 2011*
The study analyzes the German and international healthcare markets >>

Legal        Privacy        Contact        Help        Sitemap        Other websites

MEET US @ [t]        WHAT'S NEW



INTERNET ARCHIVE
WayBack Machine

http://www.rolandberger.us/    Go

77 captures
13 May 07 - 8 Feb 14

JAN    JUN    JUL
        23
2007   2011   2012

Close ✖

Help ?

Alumni ⬀    Sitemap    Other websites

# Roland Berger
## Strategy Consultants

e to

trategy Consultants

**NORTH AMERICA**

search [↵]

**NORTH AMERICAN OFFICES**

**COMPANY**

**EXPERTISE**

**CAREERS**

**NEWS**

North America quick links

Contact us >>

North America Management Team >>

For job seekers (North America) >>

RSS | North America News ⬀

Global quick links

For clients ⬀

For job seekers ⬀

For journalists ⬀

For alumni >>

Subscribe to RSS / Newsletter ⬀

### WELCOME TO ROLAND BERGER NORTH AMERICA

Welcome to the website of Roland Berger Strategy Consultants, a top player in the premier league of international consultancies. We serve top clients on challenging assignments in the global market. We pride ourselves on developing creative strategies and implementing practical solutions.

We've been conducting business in North America for well over a decade, and currently have offices in New York, Detroit and Chicago. Our rapid growth in North America complements our exceptionally strong position in Europe and Asia.

### LOCAL NEWS

**Electric Vehicle Readiness**
*Jun 10, 2011*

Featured article in SOLAR TODAY June 2011: Roland Berger Strategy Consultants and Rocky Mountain Institute's Project Get Ready share nation-wide snapshot of EV readiness  >>



**Chicago | Detroit | New York**



**Renewable Energy Outlook 2011**
*Jun 9, 2011*

3rd German American Energy Conference 2011  >>

**GLOBAL NEWS**



**Megatrend: Sharing Global Responsibility**
*Jun 20, 2011*

With the seventh megatrend of our Trend Compendium, we show how companies can balance global... >>



**Megatrends: Dynamic Technology &...**
*Jun 17, 2011*

The fifth & sixth megatrends in our Trend Compendium look at promising innovations and ask how... >>

Legal | Privacy | Contact | Help | North America RSS | Global RSS

MEET US @  RolandBergerNA

INTERNET ARCHIVE
WayBackMachine

http://www.rolandberger.us/North_America/Profile.html    Go

12 captures
19 Apr 11 - 5 Dec 13

APR    JUN    AUG
13
2010    2011    2012

Close ✖

Help ?

# Roland Berger
## Strategy Consultants

NORTH AMERICA

Alumni ⤢    Sitemap    Other websites

search [↵]

**NORTH AMERICAN OFFICES**
Profile
Expertise
Management Team
Corporate Responsibility
Contact details

**COMPANY**

**EXPERTISE**

**CAREERS**

**NEWS**

North America quick links

Contact us >>

North America Management Team >>

For job seekers (North America) >>

RSS | North America News ⤢

Global quick links

For clients ⤢

For job seekers ⤢

For journalists ⤢

For alumni >>

Subscribe to RSS / Newsletter ⤢

Home » North American Offices » Profile

**PROFILE OF ROLAND BERGER NORTH AMERICA**

**INSIGHT INTO ROLAND BERGER NORTH AMERICA**

Roland Berger Strategy Consultants is one of the world's leading strategy consultancies. We set up a representative office in New York in 1995, our first foray into the US market. Three years later, we opened our first independent office in the United States – in Detroit. This office, located in the heart of the Midwest, has grown to become the hub of our services for the North American manufacturing industry. Our Chicago office, which opened in 2008, is quickly developing into a center of excellence for consumer goods, energy and engineered products.

In this attractive but highly competitive environment, Roland Berger North America is establishing itself as one of the country's preeminent consulting firms. We excel at winning new business. Our clients, impressed by our consultants' deep industry know-how and commitment to getting results, come back – time and again.

We recruit, develop and retain the most outstanding analytical and creative minds. We foster their development in a way that enhances value to clients, themselves and to our firm. Our formula for success is based on the values – Excellence, Entrepreneurship, and Partnership. These values shape everything we think and do. This is how we create lasting, measurable value.



Case 1:14-mc-91289-PBS   Document 8-19   Filed 09/26/14   Page 8 of 11

INTERNET ARCHIVE
WayBackMachine

http://www.rolandberger.us/company/index.html   Go

21 captures
7 Jul 11 - 6 Dec 13

JUN   **JUL 7 2011**   SEP

2010   2012

Close ✖
Help ?

# Roland Berger
## Strategy Consultants

Alumni ⬀      Sitemap      | Other websites |

### NORTH AMERICA

search [↵]

**NORTH AMERICAN OFFICES**
**COMPANY**
  Our company profile
  Our formula for success
  Our company management
  Our corporate responsibility
  Locations
  Other websites
**EXPERTISE**
**CAREERS**
**NEWS**

North America quick links

Contact us >>

North America Management
Team >>

For job seekers (North America) >>

RSS | North America News ⬀

Global quick links

For clients ⬀
For job seekers ⬀
For journalists ⬀
For alumni >>
Subscribe to RSS / Newsletter ⬀

Home  »  Company

## IT'S CHARACTER THAT CREATES IMPACT!

**Our company profile**
Roland Berger at a glance: Information on our growth and business results.  >>

**Our formula for success**
We are committed to three core values: excellence, entrepreneurship and partnership.  >>

**Our company management**
Read more about the members of our Executive Committee and our Supervisory Board.  >>

**Our corporate responsibility**
As a global consultancy, we have a social responsibility that we live up to each day.  >>

**Locations**
Our offices are located across Europe, Asia and the Americas.  >>

**Other websites**
Enter the Roland Berger world within the World Wide Web.  >>

INTERNET ARCHIVE
WayBackMachine

http://www.rolandberger.us/company/figures/23-figures.html    Go

MAY    **JUN**    AUG    Close ✖

**13 captures**    **15**
15 Jun 11 - 4 Nov 13    2010    **2011**    2013    Help ?

Alumni ⬈    Sitemap    Other websites

# Roland Berger
## Strategy Consultants

**NORTH AMERICA**

search    [↵]

**NORTH AMERICAN OFFICES**

**COMPANY**

Our company profile
Our formula for success
Our company management
Our corporate responsibility
Locations
Other websites

**EXPERTISE**

**CAREERS**

**NEWS**

North America quick links

Contact us >>

North America Management Team >>

For job seekers (North America) >>

RSS | North America News ⬈

Global quick links

For clients ⬈

For job seekers ⬈

For journalists ⬈

For alumni >>

Subscribe to RSS / Newsletter ⬈

Home » Company » Our company profile

**OUR COMPANY PROFILE**

**We are a worldwide leading consulting firm**

Roland Berger Strategy Consultants, founded in 1967, is one of the world's leading strategy consultancies With roughly 2,000 employees working in 42 offices in 30 countries worldwide, we have successful operations in all major international markets. The strategy consultancy is an independent partnership exclusively owned by about 200 Partners.

**It's our people who make the difference**

Our people are our most valuable asset. Roland Berger Strategy Consultants recruits, develops and retains the most outstanding analytical and creative minds, fostering their development in a way that enhances their value to our clients, to themselves and to our firm. With consultants of 32 nationalities and a wide range of educational and professional backgrounds, we offer a diverse and international working environment.

**OUR CONSULTANTS HAVE A WIDE** ➔
**RANGE OF ACADEMIC**
**BACKGROUNDS**                                        ➕

We cultivate a consistent working style around the world, based on respect for and openness toward every individual, both at our clients and in our own organization.

Case 1:14-mc-91289-PBS    Document 8-19    Filed 09/26/14    Page 11 of 11

INTERNET ARCHIVE
WayBackMachine

http://www.rolandberger.us/careers/Consulting_Life/index.html    Go

7 captures
14 Jun 11 - 5 May 12

JUN    AUG    OCT
14
2010    2011    2012

Close ✖

Help ?

Alumni ↗    |    Sitemap        Other websites

# Roland Berger
## Strategy Consultants

**NORTH AMERICA**

search  [↵]

**NORTH AMERICAN OFFICES**

**COMPANY**

**EXPERTISE**

**CAREERS**

Consulting Life
   Working on a US project
   Working on an international project
Our People
Career Development
Recruitment Process
Apply to Roland Berger North America
Alumni Network

**NEWS**

**FEATURED**

North America quick links

Contact us >>

North America Management Team >>

For job seekers (North America) >>

RSS | North America News ↗

Global quick links

For clients ↗

For job seekers ↗

For journalists ↗

For alumni >>

Subscribe to RSS / Newsletter ↗

Home  »  Careers  »  Consulting Life

### CONSULTING LIFE

Our philosophy is as simple as it is demanding: We deliver creative strategies that work. We collaborate closely with our clients to find creative solutions that succeed in practice.

Since we are uniquely and truly a global strategy consultancy, your projects will involve working with clients and colleagues across country borders. You'll gain more international exposure here than you probably would at other world-class consulting firms. Given the tremendous growth of our North American offices, a significant number of projects are also conducted locally. We strive to find the right balance between international and local projects for each consultant.

**Working on a US project**

A week in the life - US project  >>

**Working on an international project**

A week in the life - Global project  >>