# Exhibit 29



What does Roland Berger stand for?

**COMPANY PRESENTATION**

**Roland Berger**
Strategy Consultants

# We are one of the world's leading strategy consultancies

## We....

Focus on **CEO-relevant topics** and **multinational clients**

Believe in three fundamental values: **entrepreneurship, partnership** and **excellence**

Recruit and support extraordinary **talent** and are proud of **our exceptional people**


**Roland Berger**
Strategy Consultants

# Roland Berger is the truly global company of European origin - we operate internationally

35 offices in 24 countries

Revenues of EUR 600 m

2,000 employees

76% of all projects with cross-border challenges

Amsterdam I Bahrain I Barcelona I Beijing I Berlin I Brussels I Bucharest I Budapest I Chicago I Detroit I Düsseldorf I Frankfurt I Hamburg I Hong Kong I Kyiv I Lisbon I London I Madrid I Milan I Moscow I Munich I New York I Paris I Prague I Riga I Rome I São Paulo I Shanghai I Stuttgart I Tokyo I Vienna I Warsaw I Zagreb I Zurich

> Our international offices are our growth drivers, e.g.
  - CEE        + 52%
  - USA        + 49%
  - China      + 31%
  - France     + 30%

**Roland Berger**
Strategy Consultants

# As a top management consultancy Roland Berger is focused on creative strategies that work

**MAJOR CLIENTS / LARGE PROJECTS**

- Systems consultants
- IT consulting

- Medium/small consultancies
- Strategy boutiques

**REVENUES / CONSULTANT**

Roland Berger – clearly positioned as global top management consulting firm

| Creative | strategies | that work! |
|---|---|---|
| • Teams combining functional and industrial expertise for **innovative solutions** | • Tailor-made metho-dological approach for **efficient strategies** | • A superior understanding of the context and the culture of European companies for **successful implemen-tation** |