

# For more than 15 years we have served our clients to overcome crises and to expand successfully in CEE

## Roland Berger Strategy Consultants in Central and Eastern Europe

### Poland
Established 1999 — No. of employees: 38

### Czech Republic
Established 1993 — No. of employees: 29

### Croatia
Established 2003 — No. of employees: 10

### Russia, Ukraine, Baltic states
Established 1994 — No. of employees: >100

### Romania
Established 1992 — No. of employees: 26

### Hungary
Established 1996 — No. of employees: 8

Map labels: Riga, Moscow, Warsaw, Kiev, Prague, Budapest, Vienna, Bucharest, Zagreb





# **Three values** characterize our corporate culture and directly impact the way we act

**Entre**preneurship

Being a network of entrepreneurs, we understand the challenges of business and always aim for pragmatic, hands-on solutions

**Excel**lence

We deliver excellent results by developing global best practices of industry and functional expertise

**Partn**ership

We closely cooperate with our clients and their employees, promoting an atmosphere of mutual trust and constructive teamwork. Partnership is the legal structure and the guiding principle of our firm



Which clients will I be working for?

**CLIENTS**