

# We advise top clients worldwide on a wide range of strategic issues

## Client examples

   

   

      

    

  

**Roland Berger**
Strategy Consultants

# Also in Russia and Ukraine we work for leading regional and international clients

Selected references of Roland Berger in Russia and Ukraine

                                        



# Our projects cover all areas of shareholders' and CEO-relevant topics

## Selected project contents

- Strategy development

- Turnaround management
  - Operating (sales up, cost down, WCR)
  - Strategic (production, export and diversification strategies)
  - Financial (investment strategy)

- Reorganization
  - Creation of new organizational structure
  - Reengineering of core business processes

- Business planning

- Market analysis

- Optimization of core business processes and organizational structures

## Selected clients



# Our clients truly appreciate our work

Client structure in 2007 (in % of revenues)





It's character that creates impact!

YOUR QUESTIONS