# Exhibit 30

Roland Berger Strategy Consultants appoints 18 new Partners and promotes nine others to Senior Partner | Press room | Roland Berger

Case 1:14-mc-91289-PBS    Document 8-23    Filed 09/26/14    Page 2 of 5



Home  »  Press Room  »  Roland Berger Strategy Consultants appoints 18 new ...

## ROLAND BERGER STRATEGY CONSULTANTS APPOINTS 18 NEW PARTNERS AND PROMOTES NINE OTHERS TO SENIOR PARTNER

**Munich/Frankfurt am Main, July 2, 2014**

- 18 new Partners appointed in Germany, France, China, Russia, Switzerland, Belgium and Brazil – Eleven of which in Germany

- Nine additional Partners promoted to Senior Partner – Five of which in Germany

At their meeting in Frankfurt, the 200 participating Partners of Roland Berger Strategy Consultants appointed 18 new Partners in Germany, France, China, Russia, Switzerland, Belgium and Brazil. Nine Partners were promoted to Senior Partner.

*The new Roland Berger Partners*

**Georg Altmann** (42) is a Partner in the Civil Economics, Energy and Infrastructure Competence Center in Frankfurt. He started his consulting career 18 years ago with a leading international consulting company. Georg Altmann is an expert in strategy development, technology management and innovation, and in large transformation programs including PMI. He holds two Ph.D. degrees in technology management & entrepreneurship as well as in history from Ludwig Maximilian University in Munich (Germany).

**Marcelo Aude** (35) is a new Partner in the Energy Competence Center in São Paulo. He started his career at Roland Berger in 1999 and rejoined the firm in 2010 after working in the Brazilian real estate market. He advises clients in the energy and education sectors; his functional expertise includes strategic planning, regulatory strategic planning and PMI. Marcelo Aude holds a degree in business administration from Fundação Getúlio Vargas (Brazil).

**Robert Buess** (45) is a new Partner in Zurich. He has more than 13 years of broad experience in financial services, in the segments wealth management, corporate, retail, transaction and investment banking, insurance and reinsurance. Prior to joining Roland Berger, Robert Buess was Deputy COO / Head of Sales, Segment & Solutions Management of

### MORE PRESS RELEASES

up ↑

- Digitalization Study: eCommerce Enables Better Customer Advice and Threatens Stationary Retailers, Jul 2014

- Shared mobility: Global market for shared vehicles and mobility offerings to grow, Jul 2014

- **Roland Berger Strategy Consultants appoints 18 new Partners and promotes nine others to Senior Partner, Jul 2014**

- Charles-Edouard Bouée elected new CEO, Jun 2014

- Roland Berger study on the market for car sharing in China: major potential for vehicle manufacturers and service providers, Jun 2014

down ↓

Roland Berger Strategy Consultants appoints 18 new Partners and promotes nine others to Senior Partner | Press room | Roland Berger

Case 1:14-mc-91289-PBS     Document 8-23     Filed 09/26/14     Page 3 of 5

the Corporate & Institutional Clients at Credit Suisse. He has also worked for a leading international consultancy. He holds a degree in business administration from the University of St. Gallen (Switzerland).

**Tao Chen** (40) is a new Partner in the Beijing office of Roland Berger and is an expert in strategy, operations and marketing. He focuses on strategy management, customer services and channel and brand management, and advises clients in the telecommunications, consumer goods and financial services sectors. Before joining Roland Berger in 2001, he worked for another leading consultancy and a trading company. Tao Chen studied Management at Shanghai Jiaotong University and holds a master's degree in World Economics from Fudan University in Shanghai.

**Alain d`Oultremont** (47) joined Roland Berger in 2007 and is now a Partner in the Brussels office. He is an expert in transport and logistics, where he assists clients on both strategic and transformation topics. Prior to joining Roland Berger, Alain d`Oultremont worked for leading consulting companies and has extensive experience in process engineering, public transportation and business transformation. He studied commercial engineering at Solvay Business School in Brussels.

**Georges de Thieulloy** (43) joined Roland Berger in 2008 and is now a Partner in the Restructuring and Transformation Competence Center of the Paris office. He is an expert in operations strategy, manufacturing and working capital management for process industries and advises clients in the steel, paper, glass and agribusiness sectors. Prior to joining Roland Berger, Georges de Thieulloy was Director of Business Recovery Services at a leading auditing firm. He studied at École de Management de Lyon (France) and École des Hautes Études commerciales de Montréal (Canada).

**Hakim El Karoui** (42) is a new Partner at the Paris office. He is an expert in government advisory, telecommunications and financial services on the African markets. He was previously political advisor of the former French Prime Minister and the Minister for Financial Trade and Economy. Hakim El Karoui graduated from the Ecole Normale Supérieure de Fontenay-St Cloud (France) and holds a master's degree in geopolitics from the Institut National des Langues et Civilisations Orientales (France).

**Eckehard Forberich** (48) rejoins Roland Berger's Restructuring & Corporate Finance Competence Center as a Partner in Frankfurt. Previously, he served as member of the board as CFO in a stock-listed consumer goods company and also has experience in the automotive industry and investment banking sector. Eckehard Forberich holds degrees in physics and business administration, both from Goethe University in Frankfurt (Germany).

**Sebastian Gundermann** (39) is a new Partner at the Munich office of Roland Berger. He joined the company in 2009 as an automotive expert after gaining in-depth professional experience. Sebastian Gundermann focuses on corporate strategy and performance improvement in the commercial, agricultural and construction vehicle industries. He studied business administration & management at the University of Passau (Germany) and Eastern Washington State University (USA).

**Fabian Huhle** (37) is a Partner in Roland Berger's Restructuring & Corporate Finance Competence Center and has been with the company since 2002. His functional expertise includes corporate performance improvement programs, organizational transformation, corporate headquarters design, shared services and outsourcing. He advises clients in the logistics, chemicals and pharmaceutical industries as well as automotive suppliers. Fabian Huhle studied at the European Business School in Oestrich-Winkel (Germany).

**Dominik Löber** (33) is a Partner in the Financial Services Competence Center and has been with the firm since 2004. He is an expert in business model development, reorganization, transformation and process optimization. His clients include banks active in asset-based finance, corporate banking and wealth management. Dominik Löber studied business administration in Koblenz (Germany), R. Ivey School of Business in Ontario (Canada) and Ècole Superieur de Commerce de Rouen (France) and holds a Ph.D. from EBS Business School (Germany).

**Felix Mogge** (35) is a Partner in the Automotive Competence Center in Munich and has been with the company since 2003. He is an acknowledged expert in the automotive supplier industry. His functional

Roland Berger Strategy Consultants appoints 18 new Partners and promotes nine others to Senior Partner | Press room | Roland Berger

Case 1:14-mc-91289-PBS    Document 8-23    Filed 09/26/14    Page 4 of 5

expertise includes restructuring and performance improvement programs, M&A and post-merger integrations. Felix Mogge studied business administration at the Otto Beisheim Graduate School of Management in Vallendar (Germany) and John M. Olin School of Business in St. Louis (USA).

**Nikita Ponomarev** (35) is a new Partner in the Financial Services and Public Services Competence Center in the Moscow office. Previously, he worked for an international consultancy in Paris and was Managing Director at a leading management consulting company in Moscow. He has more than 13 years of experience in international consulting. His industry competence includes retail and corporate banking and insurance. Nikita Ponomarev studied at the Finance Academy in Moscow (Russia) and at the Lyon School of Management (France).

**Matthias Rückriegel** (41) is a Partner in the Restructuring & Corporate Finance Competence Center in Frankfurt. He joined Roland Berger in 2011 with a background in investment banking and the logistics industry. He advises clients on M&A transactions, joint ventures and financing with a focus on logistics, telecommunications, media, financial services and business services. Matthias Rueckriegel holds a master's degree in business administration from Justus-Liebig-University in Giessen (Germany) and attended Executive Education programs at Wharton Business School in Philadelphia (USA) and Harvard Business School in Boston (USA).

**Frank Steffen** (42) is a Partner in the Chemicals and Pharma Competence Center in Munich. He has 17 years of industry and consulting experience. Frank Steffen started his business career in the chemicals industry and is an expert on holistic cost reduction programs, supply chain optimization programs, operations due diligences and strategy development. He holds a Ph.D. in chemistry from Leibniz University Hanover (Germany).

**Markus Strietzel** (44) rejoins Roland Berger as a Partner in the Financial Services Competence Center. He advises clients in the fields of corporate & investment banking, asset and wealth management as well as on asset-based finance with a focus on strategic realignment, organizational optimization and transformation processes. He joined the company in 1998 and left in 2009 to set up his own consulting firm. Markus Strietzel studied business economics at the University of Münster (Germany) and holds a Ph.D from the European Business School in Oestrich-Winkel (Germany).

**Egbert Wege** (42) is a new Partner in Hamburg in the Consumer Goods & Retail, Marketing & Sales Competence Center. He started his career at Roland Berger in 2000 and rejoined the firm in 2011 after six years of working for a leading multi-channel retailer. He advises clients in the retail, media and financial services sectors, focusing on multi-channel retailing, digitalization, marketing efficiency, customer relationship management and branding. Egbert Wege studied business administration at the University of Göttingen (Germany).

**Falco Weidemeyer** (42) is a Partner in the Restructuring & Corporate Finance Team of Roland Berger, based in Frankfurt. His focus is on restructuring and corporate finance. He has a background as CEO of a medium-sized company in the textile industry, which he acquired, turned around and then sold. Falco Weidemeyer studied business administration at the European Business School (Germany), San Diego State University (USA) and Universidad Argentina de la Empresa in Buenos Aires (Argentina).

*Partners promoted to Senior Partner*

**Heiko Ammermann** (39) joined Roland Berger in 2005 and is a Partner in the Civil Economics, Energy & Infrastructure Competence Center in Frankfurt. His consulting activities focus on large infrastructure and energy projects, both in the public and private sector. He studied economics at the Free University of Berlin (Germany) and computer science at the University of Dresden (Germany) and has hands-on experience in politics.

**Philip Beil** (40) is a Partner in the Consumer Goods & Retail, Marketing & Sales Competence Center in Munich. He heads the fashion, sports & luxury goods practice, advising manufacturers and retailers on growth strategies, efficiency programs and M&A. Before joining Roland Berger in 2003, he was co-founder and Director of Business Development for a B2B

Roland Berger Strategy Consultants appoints 18 new Partners and promotes nine others to Senior Partner | Press room | Roland Berger

Case 1:14-mc-91289-PBS    Document 8-23    Filed 09/26/14    Page 5 of 5

retail platform. Philip Beil holds a degree in business studies from Ludwig Maximilian University in Munich (Germany).

**Laurent Benarousse** (40) is a Partner and Managing Director of the Casablanca office of Roland Berger, where he advises clients in the areas of public administration, energy and environment. He is an expert in corporate strategy and turnaround management. Prior to joining Roland Berger, he worked for the French Ministry of Defense and for a French consultancy. Laurent Benarousse is a graduate of the Ecole Polytechnique and Ecole National de la Statistique et de l'Administration Economique in Paris.

**Patrick Biecheler** (41) is a Partner in the Pharma and Healthcare Competence Center of Roland Berger's Paris office. His focus is on strategic planning, marketing and sales, post-merger integration as well as new business models. Prior to joining Roland Berger in 1999, Patrick Biecheler worked for a leading consulting company in Paris and Barcelona as well as in the pharma industry in France. He studied business administration at the École Supérieure des Sciences Économiques et Commerciales in Paris.

**Jochen Gleisberg** (43) is a Partner in the Operations Strategy Competence Center in the firm's Stuttgart office. His specialties include innovation, product optimization and efficient engineering as well as change management and strategic realignment, especially in the automotive and engineered products industries. Jochen Gleisberg studied economics at the Universities of Marburg and Giessen (Germany) as well as in Charleston (USA).

**Wolfgang Hach** (42) is a Partner in the Munich office of Roland Berger, where he has been working for the Financial Services Competence Center since 1998. He focuses on banks and insurance companies and is an expert in strategic realignment, sales strategies and complex transformation and optimization programs. Wolfgang Hach studied business administration at the ESB Business School in Reutlingen (Germany) and Middlesex University in London.

**Christof Huth** (48) is a Partner in the Restructuring & Corporate Finance Competence Center in Munich. He belongs to the Investor Support Practice Group of the consultancy and supports private equity and corporate clients in commercial due diligence and performance improvement projects. Christof Huth has been in consulting for 20 years. After completing his studies in economics and econometrics at the University of St. Gallen (Switzerland), he also worked as an auditor and controller.

**Paolo Massardi** (42) is a Partner in Milan who advises clients on energy & chemicals, engineered products, civil economy and infrastructure. He has a wide range of professional experience in the logistics industry, as supply chain manager at Procter & Gamble as well as in a leading consultancy. Paolo Massardi joined Roland Berger in 2003 in the Brussels office. He studied mechanical engineering in Brescia (Italy) and production management at Chalmers University (Sweden). He holds an MBA from the Solvay Business School in Brussels.

**Sven Siepen** (42) is a Partner in Zurich, where he started his career with Roland Berger at the beginning of 2000, working for various clients in the engineered products and high-tech industry as well as in telecommunications in Europe, Asia and North America. Sven Siepen is an expert on corporate strategy and service concept development, reorganization and performance improvement. He also co-heads the firm's Swiss operations. Sven Siepen studied at the University of St. Gallen (Switzerland) as well as at the Budapest University of Economic Science (Hungary).