Exhibit 31

Global leadership team of seven with Stefan Schaible and Tijo J. G. Collot d'Escury as Deputy CEOs | Press archive 2014 | Press room | Roland Berger

Case 1:14-mc-91289-PBS    Document 8-24    Filed 09/26/14    Page 2 of 3



Alumni

Country websites

Deutsch

search

**EXPERTISE**

**CAREERS**

**COMPANY**

**MEDIA**

**PRESS ROOM**

**Press archive 2014**
Press archive 2013
Press archive 2012
Press archive 2011
Press archive 2010
Press archive 2009

Home  »  Press Room  »  Press archive 2014  »  Global leadership team of seven with Stefan ...

## GLOBAL LEADERSHIP TEAM OF SEVEN WITH STEFAN SCHAIBLE AND TIJO J. G. COLLOT D'ESCURY AS DEPUTY CEOS

**Munich, September 2, 2014**

- After recent election of Charles-Edouard Bouée as CEO, the Global Executive Committee is now complete

- Stefan Schaible (46) was approved as Deputy CEO, to lead German businesses and the region Central Europe

- Tijo J.G. Collot d'Escury (47) will serve as Deputy CEO, leading the Netherlands, Northern Europe, UK and US

After the recent election of Charles-Edouard Bouée as CEO of Roland Berger, the Global Executive Committee (GEC) of the firm is now complete: The Supervisory Board, under the lead of its Chairman Burkhard Schwenker, approved the members of the Global Executive Committee (GEC) and the two Deputy CEOs, as suggested by the new CEO Charles-Edouard Bouée.

The GEC of Roland Berger comprises the partners who take care of the strategic and managerial tasks on behalf of the entire partnership. Members of the GEC are:

- Antonio Bernardo, responsible for South America

- Charles-Edouard Bouée, CEO and also responsible for business in Asia as well as the Middle East and India

- Tijo J.G. Collot d'Escury, Deputy CEO and responsible for Northern Europe, the Netherlands, the UK and the US

- Michel Jacob, responsible for France, Southern Europe and Africa

- Stefan Schaible, Deputy CEO, responsible for the business in Central Europe and CEO of Germany

- Didier Tshidimba, responsible for Belgium and Co-Head of Southern Europe

- Wu Qi, responsible for Greater China

### MORE PRESS RELEASES

up ↑

- Roland Berger Shanghai officially recognized as APAC HQ, Sep 2014

- Roland Berger and DKSH release the fourth Global Market Expansion Services report on digitization, Sep 2014

- **Global leadership team of seven with Stefan Schaible and Tijo J. G. Collot d'Escury as Deputy CEOs, Sep 2014**

- New Roland Berger report: Challenging Conventional Wisdom in Steel: A new approach for an old industry, Aug 2014

- Logistics in transition: global growth driven by e-commerce, intra-regional supply chains and the trend towards niche offerings, Aug 2014

down ↓

At the suggestion of the CEO, the SVB approved two members of the GEC as his Deputies: In the future Stefan Schaible (46) and Tijo J.G. Collot d'Escury (47) will manage the firm in cooperation with Charles-Edouard Bouée. Stefan Schaible heads the new region Central Europe and is the CEO of Germany; Collot d'Escury will take care of Northern Europe, the Netherlands, UK and the US.

"Our new set-up highlights our firm's great potential of excellent leaders. I do look very much forward to working with them", says Charles-Edouard Bouée. Prof. Dr. Burkhard Schwenker, Chairman of the Supervisory Board, adds: "We have finished the re-alignment we started last summer and have chosen a very efficient set-up that allows us to fully focus on our clients and markets".

**CVs**

**Stefan Schaible** (46), is Deputy CEO and member of the GEC. He is in charge of the business in Central Europe, which encompasses Germany, Switzerland, Central and Eastern Europe and the CIS states and he is CEO of the German operations of Roland Berger. He joined Roland Berger in 1997 and headed the Civil Economics Competence Center from 2004 onward. He specializes in consulting for the public sector, big infrastructure projects and the energy and environment sector. Stefan Schaible is an acknowledged expert in global trends such as the changed role of the state, regulation, demographics, sustainable development, green technologies and renewable energies.

**Tijo J. G. Collot d'Escury (47)** is Deputy CEO and member of the GEC of Roland Berger. He is responsible for Scandinavia, the UK, the Netherlands and the US. He was a member of the Roland Berger Supervisory Board from 2003 to 2010, later becoming a member of the Executive Committee for the strategy consultancy until 2013. He began his professional career in 1993 with an American consultancy in the Netherlands. He joined Roland Berger Strategy Consultants in 2002 as Managing Partner of the Dutch office, which he built up from the very start, ultimately making it into one of the top consultancies in the Dutch market. He has extensive experience in strategic corporate planning, in M&A and in technology and innovation management.

**WHAT'S NEW**