Exhibit 32

**Gesetz betreffend die Gesellschaften mit beschränkter Haftung
in der im Bundesgesetzblatt Teil III, Gliederungsnummer 4123-1, veröffentlichten
bereinigten Fassung, das zuletzt durch Artikel 27 des Gesetzes vom 23. Juli 2013 (BGBl. I S.
2586) geändert worden ist**

**§ 51a
Auskunfts- und Einsichtsrecht**

(1) Die Geschäftsführer haben jedem Gesellschafter auf Verlangen unverzüglich Auskunft über die Angelegenheiten der Gesellschaft zu geben und die Einsicht der Bücher und Schriften zu gestatten.

(2) Die Geschäftsführer dürfen die Auskunft und die Einsicht verweigern, wenn zu besorgen ist, daß der Gesellschafter sie zu gesellschaftsfremden Zwecken verwenden und dadurch der Gesellschaft oder einem verbundenen Unternehmen einen nicht unerheblichen Nachteil zufügen wird. Die Verweigerung bedarf eines Beschlusses der Gesellschafter.

(3) Von diesen Vorschriften kann im Gesellschaftsvertrag nicht abgewichen werden.

*Courtesy Translation*

**Act Regarding Companies With Limited Liability**
**in the version as published in the Federal Law Gazette III 4123-1, as last amended by**
**Article 27 of the Act of 23 July 2013 (Federal Law Gazette I p. 2586)**

**Section 51a**
**Right to information and right of inspection**

(1) Upon request, the directors must without undue delay provide each member of the company with information on the company's affairs and allow them to inspect the books and company documents.

(2) The directors may refuse to provide information or permit inspection if there is a concern that the member of the company may make use thereof for non-company purposes and thereby put the company or an associated company at a not insignificant disadvantage. Refusal shall require a resolution of the members of the company.

(3) These provisions may not be derogated by the articles of association.